B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**K, S, and T Ltd. d/b/a Wolff Tan** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-2204054** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**120 Danada Square West**<br>**Wheaton, IL**<br>ZIP Code **60187** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**0 N. 441 Kimball Rd.**<br>**Winfield, IL**<br>ZIP Code **60190** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **K, S, and T Ltd. d/b/a Wolff Tan** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                      Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **K, S, and T Ltd. d/b/a Wolff Tan** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Kent A. Gaertner**
Signature of Attorney for Debtor(s)

 **Kent A. Gaertner 3121489**
Printed Name of Attorney for Debtor(s)

 **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road
Suite 330
Wheaton, IL 60187**

Address

 **630-510-0000  Fax: 630-510-0004**
Telephone Number

 **March 24, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Leona Kung**
Signature of Authorized Individual

 **Leona Kung**
Printed Name of Authorized Individual

 **Sole Shareholder, Director and Officer**
Title of Authorized Individual

 **March 24, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **K, S, and T Ltd. d/b/a Wolff Tan** _____ ,    Case No. _____
                                                    Debtor

Chapter                              **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 25,754.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 85 | | 12,363.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 204,140.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 98 | | | |
| Total Assets | | | 25,754.00 | | |
| Total Liabilities | | | | 216,503.53 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **K, S, and T Ltd. d/b/a Wolff Tan**

_____,    Case No. _____

Debtor

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **K, S, and T Ltd. d/b/a Wolff Tan**                              ,          Case No. _____

                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**  continuation sheets attached to the Schedule of Real Property

                                        (Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07)

.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____ ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account #000000648074946 @ JP Morgan/Chase Bank (Balance approximate)** | - | 900.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Landlord Prizm Partners Commercial Real Estate 15660 N. FSLLD Parkway, Ste #1100, Dallas Tx. 75248** | - | 5,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **5,900.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **K, S, and T Ltd. d/b/a Wolff Tan**                                    ,        Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **K, S, and T Ltd. d/b/a Wolff Tan**                          ,   Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Dell computer (5 yrs old), various older chairs and tables** | - | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Attached List of Equipment and Inventory** | - | 17,245.00 |
| 30. Inventory. | | **See Attached List of Equipment and Inventory** | - | 2,109.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 19,854.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 25,754.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**ASSETS OF WOLFF TAN**

**EQUIPMENT**

| | | | |
|---|---|---:|---|
| MEGA SD UP | $ | 6,000.00 | *1. |
| BLUE DREAM 42/4 FT | $ | 3,500.00 | *2. |
| BLUE DREAM 32/3 FT @2 | $ | 5,000.00 | *3. |
| SUNDASH @5 | $ | 1,250.00 | *4. |
| COMPUTER & MONITER | $ | 150.00 | |
| PRINTER | $ | 30.00 | |
| FST TIMER FOR 12 BEDS | | | |
| CR CARD MACHINE | | | |
| NEON SIGH - TANNING | | | |
| TELEPHONE | $ | 30.00 | |
| RADIO @ 7 | $ | 70.00 | |
| FAN @ 8 | $ | 120.00 | |
| WASHER & DRYER | | | |
| COOLER | $ | 200.00 | |
| **FURNITURE** | | | |
| CHAIRS @ 13 | $ | 195.00 | |
| CABINET @ 4 | $ | 600.00 | |
| MIRROR @ 3 | $ | 30.00 | |
| TOWEL SHELVE | $ | 20.00 | |
| POSTER @10 | $ | 50.00 | |
| **LOTION | $ | 1,778.00 | |
| **GOGGLE | $ | 316.00 | |
| **DRINKS | $ | 15.00 | |
| **TOTAL:** | $ | 19,354.00 | |

**DETAIL ON NEXT WORKSHEET

*1.2005 model MVNHR-42/TAN, $10,000 New, 484 opr hours, Price quote at 2000 opr hours= $5,500
*2.2005 Siver Blue Dream-42 lamps, $8,400 New, 622 opr hours, Price quote at 2000 opr hours= $3,000
*3.2005 Siver Blue Dream-32 lamps, $4,999 New, 725 opr hours, Price quote at 2000 opr hours= $2,000
*4.1990 SunDash Wolff Systems- 24 lamps- $250.00 each considered salvage value

## LOTION

| AUSTRALIAN GOLD | SIZE | QUANTITY | UNITE PRICE | TOTAL VALUE |
|---|---|---|---|---|
| ACCELERATOR | B | 6 | $ 15.00 | $ 90.00 |
| | P | 11 | $ 3.00 | $ 33.00 |
| BEARLY LEGAL | B | 1 | $ 21.00 | $ 21.00 |
| GEELE | B | 1 | $ 15.00 | $ 15.00 |
| POWER GEL | B | 1 | $ 15.00 | $ 15.00 |
| FURY | B | 1 | $ 28.00 | $ 28.00 |
| FUNKY MONKEY | B | 1 | $ 35.00 | $ 35.00 |
| | P | 2 | $ 5.00 | $ 10.00 |
| IDOL | P | 5 | $ 6.00 | $ 30.00 |
| LOVE MONKEY | B | 1 | $ 28.00 | $ 28.00 |
| | P | 2 | $ 4.00 | $ 8.00 |
| NATURALLY DARK | P | 4 | $ 5.00 | $ 20.00 |
| PURE ROMANCE | B | 1 | $ 42.00 | $ 42.00 |
| | P | 5 | $ 5.00 | $ 25.00 |
| THRUST | B | 5 | $ 29.00 | $ 145.00 |
| | P | 7 | $ 4.00 | $ 28.00 |
| WILD | B | 1 | $ 25.00 | $ 25.00 |
| **SWEDISH BEAUTY** | | | | |
| AMARETTO | B | 1 | $ 34.00 | $ 34.00 |
| CHOCOLATE DIAMOND | B | 1 | $ 37.00 | $ 37.00 |
| " | P | 4 | $ 3.00 | $ 12.00 |
| DARK SECRET | B | 1 | $ 52.00 | $ 52.00 |
| " | P | 4 | $ 6.00 | $ 24.00 |
| DANGEROUSLY DARK | B | 1 | $ 42.00 | $ 42.00 |
| " | P | 5 | $ 5.00 | $ 25.00 |
| DENIM & DIAMONDS | B | 1 | $ 48.00 | $ 48.00 |
| " | P | 3 | $ 6.00 | $ 18.00 |
| FROSTED HEMP | B | 3 | $ 36.00 | $ 108.00 |
| " | P | 4 | $ 5.00 | $ 20.00 |
| HEMP CRÈME | B | 1 | $ 22.00 | $ 22.00 |
| INTENSIFIER | P | 9 | $ 3.00 | $ 27.00 |
| PINK DIAMOND | B | 1 | $ 25.00 | $ 25.00 |
| PURE ROMANCE | B | 1 | $ 42.00 | $ 42.00 |
| " | P | 5 | $ 5.00 | $ 25.00 |
| SIMPLY DIVINE | B | 1 | $ 63.00 | $ 63.00 |
| STUNING | P | 6 | $ 6.00 | $ 36.00 |
| SAFIRE | P | 4 | $ 7.00 | $ 28.00 |
| UNFORGIVEN | P | 4 | $ 8.00 | $ 32.00 |
| **DESIGNER SKIN** | | | | |
| SMOLDER | P | 8 | $ 6.00 | $ 48.00 |
| SMILE YOU'RE DARK | B | 3 | $ 33.00 | $ 99.00 |
| " | P | 3 | $ 4.00 | $ 12.00 |
| MOOD | B | 1 | $ 52.00 | $ 52.00 |
| " | P | 6 | $ 6.00 | $ 36.00 |
| RAY OF LIGHT | P | 1 | $ 4.00 | $ 4.00 |
| SPEED OF LIGHT | P | 3 | $ 6.00 | $ 18.00 |
| SPELLBOUND | P | 3 | $ 8.00 | $ 24.00 |
| 14K GOLD | P | 4 | $ 8.00 | $ 32.00 |
| WORSHIP | P | 4 | $ 6.00 | $ 24.00 |
| **SUPRE** | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| COCO BEACH | | P | 6 | $ | 3.00 | $ | 18.00 |
| OCHO | | P | 3 | $ | 7.00 | $ | 21.00 |
| TANSIUM FACIAL | | P | 10 | $ | 5.00 | $ | 50.00 |
| **TANZOTIC** | | | | | | | |
| HOT THING | | P | 1 | $ | 6.00 | $ | 6.00 |
| RED HOT | | P | 1 | $ | 6.00 | $ | 6.00 |
| LOOKING FIT | | P | 1 | $ | 5.00 | $ | 5.00 |
| ICY COOL | | P | 1 | $ | 5.00 | $ | 5.00 |
| **TOTAL:** | | | | | | $ | 1,778.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **GOGLE** | | | | | | |
| GLOBE | 42 | $ | 4.00 | $ | 168.00 |
| SUNNY | 27 | $ | 4.00 | $ | 108.00 |
| SUNCLIPSE | 1 | $ | 4.00 | $ | 4.00 |
| NAIL SAVER | 1 | $ | 12.00 | $ | 12.00 |
| TANNIE - FACE | 1 | $ | 12.00 | $ | 12.00 |
| TANNIE - HAIR | 1 | $ | 12.00 | $ | 12.00 |
| **TOTAL:** | | | | $ | 316.00 |

B6D (Official Form 6D) (12/07)

In re    **K, S, and T Ltd. d/b/a Wolff Tan** _____ ,    Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **K, S, and T Ltd. d/b/a Wolff Tan**                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____84_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** , Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **Tammy Weaver 920 Aurora Way Wheaton, IL 60187** | - | | | **Unreturned deposit** | | | | **22.67** | **0.00** | **22.67** |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet **1** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | |
| | **22.67** | **22.67** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____,   Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Abby Kouri**<br>**1786 Sjogren Ct**<br>**Wheaton, IL 60187** | - | | Unreturned deposit | | | | 6.00 | 0.00 | 6.00 |
| Account No.<br><br>**Adriana Ollech**<br>**2S644 Kenilworth**<br>**Glen Ellyn, IL 60137** | - | | Unreturned deposit | | | | 43.40 | 0.00 | 43.40 |
| Account No.<br><br>**Agata Gowin**<br>**1407 Princeton Ct**<br>**Wheaton, IL 60187** | - | | Unreturned deposit | | | | 48.00 | 0.00 | 48.00 |
| Account No.<br><br>**Agnieszka Wolska**<br>**1931 Warrenville**<br>**Lisle, IL 60532** | - | | Unreturned deposit | | | | 22.50 | 0.00 | 22.50 |
| Account No.<br><br>**Agnieszka Wolska**<br>**1931 Warrenville**<br>**Lisle, IL 60532** | - | | Unreturned deposit | | | | 22.50 | 0.00 | 22.50 |

Sheet __2__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 142.40 | 142.40 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** ,                Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Unreturned deposit | | | | | |
| **Alexxe Perlin** **1783 Warwick Ct** **Wheaton, IL 60187** | - | | | | | | | | 0.00 |
| | | | | | | | | 18.00 | 18.00 |
| Account No. | | | | Unreturned deposit | | | | | |
| **Allie Winberg** **2S671 Arrowhead** **Wheaton, IL 60187** | - | | | | | | | | 0.00 |
| | | | | | | | | 17.33 | 17.33 |
| Account No. | | | | Unreturned deposit | | | | | |
| **Allie Winberg** **2 S 671 Arrowhead** **Wheaton, IL 60187** | - | | | | | | | | 0.00 |
| | | | | | | | | 17.33 | 17.33 |
| Account No. | | | | Unreturned deposit | | | | | |
| **Allison Geger** **4308 Nutmeg** **Lisle, IL 60532** | - | | | | | | | | 0.00 |
| | | | | | | | | 12.00 | 12.00 |
| Account No. | | | | Unreturned deposit | | | | | |
| **Allyson Masters** **131 White Oak** **Wheaton, IL 60187** | - | | | | | | | | 0.00 |
| | | | | | | | | 75.00 | 75.00 |

Sheet __3__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 139.66 | 139.66 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Amanda Duval 25W115 Fairmeadow Naperville, IL 60563 | - | | Unreturned deposit | | | | 24.00 | 0.00 / 24.00 |
| Account No. Amy Dahlgren 26W056 Mohilan Dr Wheaton, IL 60187 | - | | Unreturned deposit | | | | 9.50 | 0.00 / 9.50 |
| Account No. Amy Field 120 Lewis Ln Wheaton, IL 60187 | - | | Unreturned deposit | | | | 7.00 | 0.00 / 7.00 |
| Account No. Amy Mashburn | - | | Unreturned deposit | | | | 12.00 | 0.00 / 12.00 |
| Account No. Amy Singer 1327 College Wheaton, IL 60187 | - | | Unreturned deposit | | | | 17.33 | 0.00 / 17.33 |

Sheet **4** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)     0.00
69.83     69.83

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **K, S, and T Ltd. d/b/a Wolff Tan** _____ ,   Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Amy Wendt** <br> **1902 Hitchcock** <br> **Downers Grove, IL 60515** | - | | Unreturned deposit | | | | **21.25** | 0.00 <br><br> **21.25** |
| Account No. <br><br> **Amy Wendt** <br> **1902 Hitchcock** <br> **Downers Grove, IL 60515** | - | | Unreturned deposit | | | | **21.25** | 0.00 <br><br> **21.25** |
| Account No. <br><br> **Andrea Moore** <br> **8S609 John Street** <br> **Big Rock, IL 60511** | - | | Unreturned deposit | | | | **6.50** | 0.00 <br><br> **6.50** |
| Account No. <br><br> **Andrew Kahlenberg** <br> **1341 S Summer** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | **6.50** | 0.00 <br><br> **6.50** |
| Account No. <br><br> **Angela McInerney** <br> **2437 Oneida** <br> **Naperville, IL 60563** | - | | Unreturned deposit | | | | **10.40** | 0.00 <br><br> **10.40** |

Sheet __5___ of __84___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | **65.90** | **65.90** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **K, S, and T Ltd. d/b/a Wolff Tan**                                      Case No. _____
                                                              ,
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | |
| **Angela Tenjun** **25 W 790 Marshall Lane** **Wheaton, IL 60187** | | - | | | | | | 0.00 |
| | | | | | | | 12.50 | 12.50 |
| Account No. | | | Unreturned deposit | | | | | |
| **Angie Mehsling** **351 Mendolshohn Ct** **Wheaton, IL 60187** | | - | | | | | | 0.00 |
| | | | | | | | 20.40 | 20.40 |
| Account No. | | | Unreturned deposit | | | | | |
| **Angie Sobkowiak** **5 N 077 Forest Trails** **Saint Charles, IL 60175** | | - | | | | | | 0.00 |
| | | | | | | | 80.50 | 80.50 |
| Account No. | | | Unreturned deposit | | | | | |
| **Ann Marie Jarka** **26 W Mallard** **Wheaton, IL 60187** | | - | | | | | | 0.00 |
| | | | | | | | 16.40 | 16.40 |
| Account No. | | | Unreturned deposit | | | | | |
| **Ann Marie Rosen** **1225 Loughborough** **Wheaton, IL 60187** | | - | | | | | | 0.00 |
| | | | | | | | 21.60 | 21.60 |

Sheet __6__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                                         | 0.00
(Total of this page)                     151.40 | 151.40

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Anna Nilles**<br>**2063 Spring Green**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | **12.00** | **0.00**<br><br>**12.00** |
| Account No.<br><br>**Anne Macduff**<br>**1521 Maple Knoll**<br>**Naperville, IL 60563** | - | | **Unreturned deposit** | | | | **12.40** | **0.00**<br><br>**12.40** |
| Account No.<br><br>**Annette Wulffe**<br>**210 S President**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | **51.00** | **0.00**<br><br>**51.00** |
| Account No.<br><br>**Annie Plackett**<br>**29W418 Thornwood**<br>**Warrenville, IL 60555** | - | | **Unreturned deposit** | | | | **12.00** | **0.00**<br><br>**12.00** |
| Account No.<br><br>**Ariel Moore**<br>**1061 Longborough**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | **24.00** | **0.00**<br><br>**24.00** |

Sheet __7__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **111.40** | **111.40** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **K, S, and T Ltd. d/b/a Wolff Tan**                                    ,    Case No. _____

_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**Audrey Reynolds<br>171 Orchard<br>Wheaton, IL 60187** | - | | | Unreturned deposit | | | | 0.00<br><br>24.00 | 24.00 |
| Account No.<br><br>**Barb Krzyzewski<br>213 W Willow<br>Wheaton, IL 60187** | - | | | Unreturned deposit | | | | 0.00<br><br>18.00 | 18.00 |
| Account No.<br><br>**Barbara Carter<br>10566 Stonebreidge Tr.<br>Wheaton, IL 60187** | - | | | Unreturned deposit | | | | 0.00<br><br>91.43 | 91.43 |
| Account No.<br><br>**Barbara Norris<br>345 S 8th Ave<br>La Grange, IL 60525** | - | | | Unreturned deposit | | | | 0.00<br><br>68.57 | 68.57 |
| Account No.<br><br>**Barbara Okurowska<br>N/A** | - | | | Unreturned deposit | | | | 0.00<br><br>66.78 | 66.78 |

Sheet __8___ of __84___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 268.78 | 268.78 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan**                                    ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | | |
| Becca Reeves 26 W 057 Durfee Rd. Wheaton, IL 60187 | - | | | | | | | 62.33 | 0.00 | 62.33 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Becky Kampe 1460 Stondbridge Wheaton, IL 60187 | - | | | | | | | 27.00 | 0.00 | 27.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Beth Sexton 434 Hamilton Wheaton, IL 60187 | - | | | | | | | 30.45 | 0.00 | 30.45 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Bethany Stellwagen 1079 Bristol Ct. Wheaton, IL 60187 | - | | | | | | | 11.33 | 0.00 | 11.33 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Betth Mermes 230 Mbrahms Wheaton, IL 60187 | - | | | | | | | 18.30 | 0.00 | 18.30 |

Sheet **9** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 149.41 / 149.41 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____, Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Unreturned deposit | | | | | |
| **Betty Schuster** **28 W 341 Flanders lane** **Winfield, IL 60190** | | - | | | | | | 104.35 | 0.00 104.35 |
| Account No. | | | | Unreturned deposit | | | | | |
| **Betty Zaccagni** **2032 Gladstone Drive** **Wheaton, IL 60187** | | - | | | | | | 7.73 | 0.00 7.73 |
| Account No. | | | | Unreturned deposit | | | | | |
| **Beverly Simon** **1035 Robbins** **Wheaton, IL 60187** | | - | | | | | | 18.00 | 0.00 18.00 |
| Account No. | | | | Unreturned deposit | | | | | |
| **Bob Knops** **1462 McCormick Pl** **Wheaton, IL 60187** | | - | | | | | | 26.00 | 0.00 26.00 |
| Account No. | | | | Unreturned deposit | | | | | |
| **Bob Sexaur** **431 Chopin** **Wheaton, IL 60187** | | - | | | | | | 68.00 | 0.00 68.00 |

Sheet __10__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 224.08 | 224.08 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____,   Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bobby Warshaw** <br> **1656 Water Tower Ct.** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 24.00 | 24.00 | 0.00 |
| Account No. <br><br> **Bobby Warshaw** <br> **1656 Water Tower Ct.** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 24.00 | 0.00 | 24.00 |
| Account No. <br><br> **Bonnie Wisley** <br> **69 Venetian Way** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 15.00 | 0.00 | 15.00 |
| Account No. <br><br> **Bonnie Wisley** <br> **69 Venetian Way** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 15.00 | 0.00 | 15.00 |
| Account No. <br><br> **Brian England** <br> **1345 Danada Ct** <br> **Naperville, IL 60563** | - | | Unreturned deposit | | | | 178.85 | 0.00 | 178.85 |

Sheet __11__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 24.00 |
|---|---|---|
| | (Total of this page) | 256.85 | 232.85 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re __K, S, and T Ltd. d/b/a Wolff Tan_____,    Case No. _____
                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Brian Gorr 351 Mendelsohn Wheaton, IL 60187 | - | | Unreturned deposit | | | | 22.67 | 0.00 22.67 |
| Account No. Brian Hill 1945 Cheppewa Dr Wheaton, IL 60187 | - | | Unreturned deposit | | | | 8.00 | 0.00 8.00 |
| Account No. Brienne Leo 29W376 Greenbriar Warrenville, IL 60555 | - | | Unreturned deposit | | | | 22.50 | 0.00 22.50 |
| Account No. Brittany Tu 1411 Jonester Ct. Naperville, IL 60563 | - | | Unreturned deposit | | | | 30.00 | 0.00 30.00 |
| Account No. Brittney Smith | - | | Unreturned deposit | | | | 12.00 | 0.00 12.00 |

Sheet __12__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 95.17 | 0.00 95.17 |
|---|---|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan**
_____ ,   Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bruce Gianpetro**<br>**1469 Gainesbon**<br>**Wheaton, IL 60187** | | - | **Unreturned deposit** | | | | 59.50 | 0.00 | 59.50 |
| Account No.<br><br>**Bryan Crose**<br>**1335 College Ave**<br>**Wheaton, IL 60187** | | - | **Unreturned deposit** | | | | 34.67 | 0.00 | 34.67 |
| Account No.<br><br>**Bryan Skreens**<br>**5 S 590 Radcliff**<br>**Naperville, IL 60563** | | - | **Unreturned deposit** | | | | 39.67 | 0.00 | 39.67 |
| Account No.<br><br>**Camille Heiser**<br>**1213 Sunset**<br>**Wheaton, IL 60187** | | - | **Unreturned deposit** | | | | 35.42 | 0.00 | 35.42 |
| Account No.<br><br>**Cammie Manouselis**<br>**1060 N Farnsworth Ave**<br>**Aurora, IL 60505** | | - | **Unreturned deposit** | | | | 12.00 | 0.00 | 12.00 |

Sheet **13** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 181.26 | 181.26 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** ,                    Case No. _____

———————————————————————————————
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | | |
| Candice Paoli 2033 Gladstone Wheaton, IL 60187 | - | | | | | | | 30.00 | 0.00 | 30.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Carlene Stevko 1201 Loughborough Wheaton, IL 60187 | - | | | | | | | 28.33 | 0.00 | 28.33 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Carol Ketterhagen 2062 Middelton Wheaton, IL 60187 | - | | | | | | | 24.00 | 0.00 | 24.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Carol Ketterhagen 2060 Middleton Dr Wheaton, IL 60187 | - | | | | | | | 24.00 | 0.00 | 24.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Carol Molino 35 Hawkins Cir Wheaton, IL 60187 | - | | | | | | | 22.67 | 0.00 | 22.67 |

Sheet __14__ of __84__ continuation sheets attached to                    Subtotal                  | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page) | 129.00 | 129.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __**K, S, and T Ltd. d/b/a Wolff Tan**_____ ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Carol Sweder** <br> **1974 Somerset** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 30.00 | 0.00 <br><br> 30.00 |
| Account No. <br><br> **Carolynne Struebing** <br> **2121 Aberdeen Ct.** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 6.50 | 0.00 <br><br> 6.50 |
| Account No. <br><br> **Cary Guide** <br> **4136 Elm Street** <br> **Downers Grove, IL 60515** | - | | Unreturned deposit | | | | 209.10 | 0.00 <br><br> 209.10 |
| Account No. <br><br> **Casey Cordova** <br> **3S425 Saddle Ridge Ct** <br> **Warrenville, IL 60555** | - | | Unreturned deposit | | | | 8.50 | 0.00 <br><br> 8.50 |
| Account No. <br><br> **Catherine Faber** <br> **810 Michigan Street** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 6.00 | 0.00 <br><br> 6.00 |

Sheet __15__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 260.10 | 260.10

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **K, S, and T Ltd. d/b/a Wolff Tan** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Catherine McCarthy <br> 480 Anthony Street <br> Glen Ellyn, IL 60137 | - | | Unreturned deposit | | | | 76.80 | 0.00 | 76.80 |
| Account No. <br><br> Catherine Williams <br> 21W285 Briarcliff <br> Lombard, IL 60148 | - | | Unreturned deposit | | | | 25.60 | 0.00 | 25.60 |
| Account No. <br><br> Catherine Williams <br> 21 W 285 Briarcliff <br> Lombard, IL 60148 | - | | Unreturned deposit | | | | 25.60 | 0.00 | 25.60 |
| Account No. <br><br> Cathy Pratte <br> 3222 Longwood Lane <br> #102 <br> Wheaton, IL 60187 | - | | Unreturned deposit | | | | 9.50 | 0.00 | 9.50 |
| Account No. <br><br> Cathy Pratte <br> 3222 Longwood Lane <br> #102 <br> Wheaton, IL 60187 | - | | Unreturned deposit | | | | 16.00 | 0.00 | 16.00 |

Sheet __16__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 153.50 | 153.50

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan**_____,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | 0.00 | |
| **Cathy Tack** **27 W 143 Chartwell Drive** **Winfield, IL 60190** | - | | | | | | | 34.67 | | 34.67 |
| Account No. | | | | Unreturned deposit | | | | | 0.00 | |
| **Charles Ianuzzo** **381 Mendelssohn** **Wheaton, IL 60187** | - | | | | | | | 6.50 | | 6.50 |
| Account No. | | | | Unreturned deposit | | | | | 0.00 | |
| **Cheryl Ledvc** **1936 Staford** **Naperville, IL 60565** | - | | | | | | | 12.50 | | 12.50 |
| Account No. | | | | Unreturned deposit | | | | | 0.00 | |
| **Chris Cook** **23W160 Woodcroft** **Glen Ellyn, IL 60137** | - | | | | | | | 43.33 | | 43.33 |
| Account No. | | | | Unreturned deposit | | | | | 0.00 | |
| **Chris Jevitz** **814 Dawes** **Wheaton, IL 60187** | - | | | | | | | 62.33 | | 62.33 |

Sheet __17__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | 0.00 | |
|---|---|---|
| (Total of this page) | 159.33 | 159.33 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **K, S, and T Ltd. d/b/a Wolff Tan**                                    ,   Case No. _____
                                             **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | |
| **Chrissy Piemonte 2S461 Menomini Ct. Wheaton, IL 60187** | - | | | | | | 61.82 | 0.00 / 61.82 |
| Account No. | | | Unreturned deposit | | | | | |
| **Christa Hamilton 919 Hale Wheaton, IL 60187** | - | | | | | | 12.00 | 0.00 / 12.00 |
| Account No. | | | Unreturned deposit | | | | | |
| **Christa Karns 751 Revere Rd Glen Ellyn, IL 60137** | - | | | | | | 8.00 | 0.00 / 8.00 |
| Account No. | | | Unreturned deposit | | | | | |
| **Christian Taylor 507 Willow Avenue Wheaton, IL 60187** | - | | | | | | 18.60 | 0.00 / 18.60 |
| Account No. | | | Unreturned deposit | | | | | |
| **Christie Mall 121 Windem Dr Oswego, IL 60543** | - | | | | | | 6.00 | 0.00 / 6.00 |

Sheet __18__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 106.42 | 106.42 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____ ,    Case No. _____

                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | | |
| Christine Ingold 2S716 Summerfield Wheaton, IL 60187 | - | | | | | | 80.00 | 0.00 | 80.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| Christy Gaylord 1515 Ashford Ct Wheaton, IL 60187 | - | | | | | | 9.50 | 0.00 | 9.50 |
| Account No. | | | Unreturned deposit | | | | | | |
| Cindy Cordova 3S425 Saddle Ridge Ct Warrenville, IL 60555 | - | | | | | | 12.40 | 0.00 | 12.40 |
| Account No. | | | Unreturned deposit | | | | | | |
| Cindy Moore 1061 Longborough Wheaton, IL 60187 | - | | | | | | 107.84 | 0.00 | 107.84 |
| Account No. | | | Unreturned deposit | | | | | | |
| Cindy Petersohn 402 Mozart Ct Wheaton, IL 60187 | - | | | | | | 18.00 | 0.00 | 18.00 |

Sheet __19__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

227.74          227.74

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan**                                   ,        Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cindy Purdom**<br>**240 Merton**<br>**Glen Ellyn, IL 60137** | - | | **Unreturned deposit** | | | | **6.00** | **0.00**<br><br>**6.00** |
| Account No.<br><br>**Cindy Witkus**<br>**2989 Blanchard**<br>**West Chicago, IL 60185** | - | | **Unreturned deposit** | | | | **30.00** | **0.00**<br><br>**30.00** |
| Account No.<br><br>**Cindy Witkus**<br>**2989 Blanchard**<br>**West Chicago, IL 60185** | - | | **Unreturned deposit** | | | | **30.00** | **0.00**<br><br>**30.00** |
| Account No.<br><br>**Clayton Stanfield**<br>**334 E. Weden**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | **6.50** | **0.00**<br><br>**6.50** |
| Account No.<br><br>**Colby Walksler**<br>**1080 Wexford Ct**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | **8.73** | **0.00**<br><br>**8.73** |

Sheet __20__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal **0.00**
(Total of this page) **81.23**    **81.23**

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | | |
| Colby Walksler 1080 Wexford Ct. Wheaton, IL 60187 | - | | | | | | 8.73 | 0.00 | 8.73 |
| Account No. | | | Unreturned deposit | | | | | | |
| Conni Chen | - | | | | | | 10.40 | 0.00 | 10.40 |
| Account No. | | | Unreturned deposit | | | | | | |
| Courtney Stack 4320 Nutmag Lisle, IL 60532 | - | | | | | | 6.50 | 0.00 | 6.50 |
| Account No. | | | Unreturned deposit | | | | | | |
| Craig Walker 26W074 Roosevelt Winfield, IL 60190 | - | | | | | | 54.09 | 0.00 | 54.09 |
| Account No. | | | Unreturned deposit | | | | | | |
| Craig Walker 28 W 074 Roosevelt Winfield, IL 60190 | - | | | | | | 54.09 | 0.00 | 54.09 |

Sheet **21** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 133.81 | 133.81 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____,    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | | |
| Cristal Gerrick 31705 Kline Cir Warrenville, IL 60555 | | - | | | | | | 29.75 | 0.00 | 29.75 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Crossley Simmons 1 S 130 Cantigny drive Winfield, IL 60190 | | - | | | | | | 18.00 | 0.00 | 18.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Dale Showalter 25375 Madison Wheaton, IL 60187 | | - | | | | | | 51.75 | 0.00 | 51.75 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Dan Pydo 682 Crescent Blvd. Glen Ellyn, IL 60137 | | - | | | | | | 37.09 | 0.00 | 37.09 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Dan Russo 86 Gershwin Ct. Wheaton, IL 60187 | | - | | | | | | 6.50 | 0.00 | 6.50 |

Sheet __22__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 143.09 | | 143.09 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____, Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dana Marie Oleske<br>507 Elmore St.<br>Park Ridge, IL 60068 | - | | Unreturned deposit | | | | 30.00 | 0.00 | 30.00 |
| Account No.<br><br>Daniell Jostes<br>798 Lenox<br>Glen Ellyn, IL 60137 | - | | Unreturned deposit | | | | 89.25 | 0.00 | 89.25 |
| Account No.<br><br>Danielle Miller<br>2S416 Lloyd<br>Lombard, IL 60148 | - | | Unreturned deposit | | | | 20.67 | 0.00 | 20.67 |
| Account No.<br><br>Danielle Weybright<br>1217 Evergreen Street<br>Wheaton, IL 60187 | - | | Unreturned deposit | | | | 6.00 | 0.00 | 6.00 |
| Account No.<br><br>Danielle Weybright<br>1217 Evergreen St.<br>Wheaton, IL 60187 | - | | Unreturned deposit | | | | 6.00 | 0.00 | 6.00 |

Sheet __23__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 151.92 | 151.92 |

B6E (Official Form 6E) (12/07) - Cont.

In re   **K, S, and T Ltd. d/b/a Wolff Tan**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | | |
| **Daphne Sapone 685 Granpe Ct. Wheaton, IL 60187** | - | | | | | | | | 0.00 | |
| | | | | | | | | 18.00 | | 18.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| **David Muensterman 910 W Childs St Wheaton, IL 60187** | - | | | | | | | | 0.00 | |
| | | | | | | | | 34.40 | | 34.40 |
| Account No. | | | | Unreturned deposit | | | | | | |
| **Dawn Perconti 85 Orchard Rd Wheaton, IL 60187** | - | | | | | | | | 0.00 | |
| | | | | | | | | 16.70 | | 16.70 |
| Account No. | | | | Unreturned deposit | | | | | | |
| **Dawn Schoening 1017 Penny Lane Wheaton, IL 60187** | - | | | | | | | | 0.00 | |
| | | | | | | | | 24.00 | | 24.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| **Deanna Romano 30 W 265 Maple Ct. Warrenville, IL 60555** | - | | | | | | | | 0.00 | |
| | | | | | | | | 41.60 | | 41.60 |

Sheet __24__ of __84__ continuation sheets attached to          Subtotal          | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)          | 134.70 | 134.70 |

B6E (Official Form 6E) (12/07) - Cont.

In re   **K, S, and T Ltd. d/b/a Wolff Tan**_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Deb Walters 338 Orchard Wheaton, IL 60187** | - | | Unreturned deposit | | | | 7.20 | 0.00 | 7.20 |
| Account No. **Deb Walters 333 Orchard Wheaton, IL 60187** | - | | Unreturned deposit | | | | 7.20 | 0.00 | 7.20 |
| Account No. **Debbie Crittenden 28 W 544 Garys Mill Rd Winfield, IL 60190** | - | | Unreturned deposit | | | | 104.35 | 0.00 | 104.35 |
| Account No. **Debbie Mackerell 551 Dawes Glen Ellyn, IL 60137** | - | | Unreturned deposit | | | | 27.83 | 0.00 | 27.83 |
| Account No. **Debbie Nelson 122 Danada Dr Wheaton, IL 60187** | - | | Unreturned deposit | | | | 34.50 | 0.00 | 34.50 |

Sheet __25__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                         0.00
(Total of this page)    181.08    181.08

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **K, S, and T Ltd. d/b/a Wolff Tan**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | |
| Debra Engels 3307 Rosecroft Ln Naperville, IL 60564 | - | | | | | | | 30.00 | 0.00 / 30.00 |
| Account No. | | | | Unreturned deposit | | | | | |
| Debra Eppen 691 Hill Ave Wheaton, IL 60187 | - | | | | | | | 37.50 | 0.00 / 37.50 |
| Account No. | | | | Unreturned deposit | | | | | |
| Debra Ruggiero 423 South Williston Wheaton, IL 60187 | - | | | | | | | 26.18 | 0.00 / 26.18 |
| Account No. | | | | Unreturned deposit | | | | | |
| Denise Stoermer 2064 Somerset Wheaton, IL 60187 | - | | | | | | | 115.81 | 0.00 / 115.81 |
| Account No. | | | | Unreturned deposit | | | | | |
| Dennis Rogers 28 W 380 Forestview Warrenville, IL 60555 | - | | | | | | | 18.00 | 0.00 / 18.00 |

Sheet __26__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                                                    0.00
(Total of this page)                         227.49         227.49

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **K, S, and T Ltd. d/b/a Wolff Tan**                 ,     Case No. _____
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | |
| **Diane Equi** **25W767 Memomini Dr** **Wheaton, IL 60187** | - | | | | | | | 0.00 |
| | | | | | | | 11.50 | 11.50 |
| Account No. | | | Unreturned deposit | | | | | |
| **Diane Hasty** **29W050 Forrest** **Warrenville, IL 60555** | - | | | | | | | 0.00 |
| | | | | | | | 89.04 | 89.04 |
| Account No. | | | Unreturned deposit | | | | | |
| **Diane Hoogveld** **2S088 Apache** **Wheaton, IL 60187** | - | | | | | | | 0.00 |
| | | | | | | | 19.20 | 19.20 |
| Account No. | | | Unreturned deposit | | | | | |
| **Dianna Johnson** **450 Handel Ct** **Wheaton, IL 60187** | - | | | | | | | 0.00 |
| | | | | | | | 12.00 | 12.00 |
| Account No. | | | Unreturned deposit | | | | | |
| **Dick Russell** **1928 Dorset Drive** **Wheaton, IL 60187** | - | | | | | | | 0.00 |
| | | | | | | | 37.50 | 37.50 |

Sheet **27** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    0.00
(Total of this page)    169.24     169.24

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____ ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Digrid Ianuzzo 384 Mendelssohn Wheaton, IL 60187 | - | | Unreturned deposit | | | | 6.50 | 0.00 / 6.50 |
| Account No. Don Dale 1907 Buckingham Wheaton, IL 60187 | - | | Unreturned deposit | | | | 41.60 | 0.00 / 41.60 |
| Account No. Donald March 230 W Wilson Lombard, IL 60148 | - | | Unreturned deposit | | | | 6.50 | 0.00 / 6.50 |
| Account No. Donna Knopps 1462 McCormick Wheaton, IL 60187 | - | | Unreturned deposit | | | | 12.50 | 12.50 / 0.00 |
| Account No. Donna Varland 26 W 210 Arrow Wheaton, IL 60187 | - | | Unreturned deposit | | | | 47.60 | 0.00 / 47.60 |

Sheet __28__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 114.70 | 12.50
(Total of this page) | | 102.20

B6E (Official Form 6E) (12/07) - Cont.

In re  **K, S, and T Ltd. d/b/a Wolff Tan** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | |
| **Doris Temesvary 486 Chippewa Drive Naperville, IL 60563** | - | | | | | | 41.33 | 0.00 / 41.33 |
| Account No. | | | Unreturned deposit | | | | | |
| **Dotty Haake 27W280 Hay Warrenville, IL 60555** | - | | | | | | 11.33 | 0.00 / 11.33 |
| Account No. | | | Unreturned deposit | | | | | |
| **Edward Stickel 710 Meridian Ct. Wheaton, IL 60187** | - | | | | | | 56.67 | 0.00 / 56.67 |
| Account No. | | | Unreturned Deposit | | | | | |
| **Elaine Puetz 28 W 221 Belleau Drive Winfield, IL 60190** | - | | | | | | 22.67 | 0.00 / 22.67 |
| Account No. | | | Unreturned deposit | | | | | |
| **Elizabeth Levine 1562 Surrey Dr Wheaton, IL 60187** | - | | | | | | 8.00 | 0.00 / 8.00 |

Sheet __29__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                          0.00
(Total of this page)    140.00    140.00

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan**                                         ,        Case No. _____
                                                             Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | |
| Elizabeth Rath 28W221 Belleau Drive Winfield, IL 60190 | - | | | | | | 15.00 | 0.00 / 15.00 |
| Account No. | | | unreturned deposit | | | | | |
| Elmo Meriste 1702 Lake Cliffe Dr. Wheaton, IL 60187 | - | | | | | | 110.00 | 110.00 / 0.00 |
| Account No. | | | Unreturned deposit | | | | | |
| Emily Creer 325 Prospect Wheaton, IL 60187 | - | | | | | | 24.00 | 0.00 / 24.00 |
| Account No. | | | Unreturned deposit | | | | | |
| Eric Swastck 801 Brighten Drive Wheaton, IL 60187 | - | | | | | | 12.00 | 0.00 / 12.00 |
| Account No. | | | Unreturned deposit | | | | | |
| Erika Littmann 20W180 Mack Rd Warrenville, IL 60555 | - | | | | | | 8.67 | 0.00 / 8.67 |

Sheet __30__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                        110.00
(Total of this page)        169.67        59.67

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **K, S, and T Ltd. d/b/a Wolff Tan** _____,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | | |
| **Erin Hester**<br>**1325 Leeds Ct**<br>**Wheaton, IL 60187** | | - | | | | | 8.67 | 0.00 | 8.67 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Erin Howard**<br>**1523 Paula Ave**<br>**Wheaton, IL 60187** | | - | | | | | 24.00 | 0.00 | 24.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Erin Jennings**<br>**4208 N Bloomington Ave**<br>**Arlington Heights, IL 60004** | | - | | | | | 12.00 | 0.00 | 12.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Eva Purzewska-Antos**<br>**366 Windsong Circle**<br>**Glendale Heights, IL 60139** | | - | | | | | 6.00 | 0.00 | 6.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Fran Nicklas**<br>**894 Wilkinson**<br>**Naperville, IL 60540** | | - | | | | | 50.09 | 0.00 | 50.09 |

Sheet __31__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 100.76 | 100.76 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **K, S, and T Ltd. d/b/a Wolff Tan**                                              ,          Case No. _____
                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**Frances Fitzsimons**<br>**149 Shelley Ln**<br>**Wheaton, IL 60187** | - | | Unreturned deposit<br><br><br><br>34.67 | | | | 0.00 | 34.67 |
| Account No.<br><br>**Frank Delgallo**<br>**Wheaton, IL 60187** | - | | Unreturned deposit<br><br><br><br>30.91 | | | | 0.00 | 30.91 |
| Account No.<br><br>**Frank Forman**<br>**1984 Spring Green**<br>**Wheaton, IL 60187** | - | | Unreturned deposit<br><br><br><br>30.48 | | | | 0.00 | 30.48 |
| Account No.<br><br>**Frank Merkendorfer**<br>**25W618 Durfee Rd.**<br>**Wheaton, IL 60187** | - | | Unreturned deposit<br><br><br><br>24.00 | | | | 0.00 | 24.00 |
| Account No.<br><br>**Gail McLaughlin**<br>**1544 Orth Ct**<br>**Wheaton, IL 60187** | - | | Unreturned deposit<br><br><br><br>116.87 | | | | 0.00 | 116.87 |

Sheet __32__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 236.93 | 236.93 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **K, S, and T Ltd. d/b/a Wolff Tan** _____ ,     Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gayle Gerke**<br>**1813 Knapp Ct**<br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 31.00 | 0.00 | 31.00 |
| Account No.<br><br>**Gerald Gorske**<br>**114 George**<br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 63.75 | 0.00 | 63.75 |
| Account No.<br><br>**Giselle Ingold**<br>**2S716 Summerfeild Ct**<br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 24.00 | 0.00 | 24.00 |
| Account No.<br><br>**Grant Karsas**<br>**288 Sibelius Ct**<br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 14.40 | 0.00 | 14.40 |
| Account No.<br><br>**Greta Deano**<br>**1765 Maple Leaf Ct**<br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 10.33 | 0.00 | 10.33 |

Sheet __33__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 143.48 | 143.48

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Haerin Nam** <br> **1936 Carlsbad #201** <br> **Naperville, IL 60563** | - | | Unreturned deposit | | | | 20.10 | 0.00 <br><br> 20.10 |
| Account No. <br><br> **Hal Elmore** <br> **1003 Rosewood Ave** <br> **Naperville, IL 60563** | - | | Unreturned deposit | | | | 15.71 | 0.00 <br><br> 15.71 |
| Account No. <br><br> **Heather Czarnecki** <br> **108 Hawkins** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 241.34 | 0.00 <br><br> 241.34 |
| Account No. <br><br> **Heather Webb** <br> **1156 Braircliff** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 30.00 | 0.00 <br><br> 30.00 |
| Account No. <br><br> **Heather Webb** <br> **1156 Braircliff** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 30.00 | 0.00 <br><br> 30.00 |

Sheet __34__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 337.15 | 0.00 <br> 337.15

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan**                    ,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | | |
| Heidi Hann 25302 Kiowa Ct Wheaton, IL 60187 | | - | | | | | | 37.50 | 0.00 | 37.50 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Jack Morlock 432 Brantley Pl. Wheaton, IL 60187 | | - | | | | | | 24.00 | 0.00 | 24.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Jack Park 1921 Dorest Dr Wheaton, IL 60187 | | - | | | | | | 20.40 | 0.00 | 20.40 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Jacke Murnane 1510 Lloyd Wheaton, IL 60187 | | - | | | | | | 26.00 | 0.00 | 26.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Jake Ekl 45 Marshfield Cir Wheaton, IL 60187 | | - | | | | | | 8.00 | 0.00 | 8.00 |

Sheet __35__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 115.90 | 115.90 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** ,
_____
Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Jakie Gibson 2033 Richton Wheaton, IL 60187 | | - | Unreturned deposit | | | | 12.00 | 0.00 | 12.00 |
| Account No. Jamie Lee Miller 2S416 Lloyd Lombard, IL 60148 | | - | Unreturned deposit | | | | 17.33 | 0.00 | 17.33 |
| Account No. Jane Evaschuk 1709 Casa Dana Dr Wheaton, IL 60187 | | - | Unreturned deposit | | | | 12.00 | 0.00 | 12.00 |
| Account No. Janelle Howard 1812 Illinois Wheaton, IL 60187 | | - | Unreturned deposit | | | | 9.50 | 0.00 | 9.50 |
| Account No. Janet Johnson 1950 Somerset Ln Wheaton, IL 60187 | | - | Unreturned deposit | | | | 73.14 | 0.00 | 73.14 |

Sheet __36__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | |
|---|---|
| 0.00 | |
| 123.97 | 123.97 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____,   Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | | |
| **Janice Titchenol** **1 N 184 Mission** **Winfield, IL 60190** | | - | | | | | | **12.00** | **0.00** | **12.00** |
| Account No. | | | | Unreturned deposit | | | | | | |
| **Janyne Duff** **689 Highland Ave** **Glen Ellyn, IL 60137** | | - | | | | | | **143.69** | **0.00** | **143.69** |
| Account No. | | | | Unreturned deposit | | | | | | |
| **Jayne Miller** **1691 Chelsea Ct.** **Wheaton, IL 60187** | | - | | | | | | **30.00** | **0.00** | **30.00** |
| Account No. | | | | Unreturned deposit | | | | | | |
| **Jean Lipps** **119 Lewis** **Wheaton, IL 60187** | | - | | | | | | **6.00** | **0.00** | **6.00** |
| Account No. | | | | Unreturned deposit | | | | | | |
| **Jean Zambos** **827 Dallas Road** **Wheaton, IL 60187** | | - | | | | | | **28.33** | **0.00** | **28.33** |

Sheet **37** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **220.02** | **220.02** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **K, S, and T Ltd. d/b/a Wolff Tan**                                          Case No. _____
                                                                    ,
                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jeannine Lydon <br> 638 Montrose Dr <br> Romeoville, IL 60446 | - | | Unreturned deposit | | | | 31.00 | 0.00 <br><br> 31.00 |
| Account No. <br><br> Jeff Sucec <br> 1311 Brigharn <br> Wheaton, IL 60187 | - | | Unreturned deposit | | | | 6.00 | 0.00 <br><br> 6.00 |
| Account No. <br><br> Jennie Cowen <br> 416 Indiana St <br> Wheaton, IL 60187 | - | | Unreturned deposit | | | | 31.20 | 0.00 <br><br> 31.20 |
| Account No. <br><br> Jennifer Prather <br> 30614 Village Green Blvd <br> Warrenville, IL 60555 | - | | Unreturned Deposits | | | | 18.00 | 0.00 <br><br> 18.00 |
| Account No. <br><br> Jennifer Walsh <br> 1017 Brairbrook, #2C | - | | Unreturned deposit | | | | 34.67 | 0.00 <br><br> 34.67 |

Sheet __38__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 120.87 | 120.87 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __K, S, and T Ltd. d/b/a Wolff Tan_____,    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | |
| Jeri Cassin 28W346 Batavia Warrenville, IL 60555 | - | | | | | | | | 0.00 |
| | | | | | | | | 12.00 | 12.00 |
| Account No. | | | | Unreturned deposit | | | | | |
| Jessica Hartner 296 Sibelius Wheaton, IL 60187 | - | | | | | | | | 0.00 |
| | | | | | | | | 15.00 | 15.00 |
| Account No. | | | | Unreturned deposit | | | | | |
| Jessica Salasek 118 Brahms Ct Wheaton, IL 60187 | - | | | | | | | | 0.00 |
| | | | | | | | | 6.00 | 6.00 |
| Account No. | | | | Unreturned deposit | | | | | |
| Jill Duval 25W115 Fairmeadow Naperville, IL 60563 | - | | | | | | | | 0.00 |
| | | | | | | | | 69.00 | 69.00 |
| Account No. | | | | Unreturned deposit | | | | | |
| Jill Sammons 25 Hawkins Circle Wheaton, IL 60187 | - | | | | | | | | 0.00 |
| | | | | | | | | 63.25 | 63.25 |

Sheet __39__ of __84__ continuation sheets attached to    Subtotal    0.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    165.25    165.25

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan**                                    , Case No. _____
                                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | | |
| Jo Anne Zalewski 2029 Greensboro Wheaton, IL 60187 | | - | | | | | | 18.00 | 0.00 | 18.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Joan Forman 1984 Spring Green Wheaton, IL 60187 | | - | | | | | | 54.86 | 0.00 | 54.86 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Joanne Johnson 2272 Albright Ln Wheaton, IL 60187 | | - | | | | | | 39.67 | 0.00 | 39.67 |
| Account No. | | | | Unreturned deposit | | | | | | |
| JoAnne Zalewski 2029 Greensboro Wheaton, IL 60187 | | - | | | | | | 18.00 | 0.00 | 18.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Johanna Karmis 918 N. Cross Wheaton, IL 60187 | | - | | | | | | 12.50 | 0.00 | 12.50 |

Sheet __40__ of __84__ continuation sheets attached to                         Subtotal | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page) | 143.03 | 143.03 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __K, S, and T Ltd. d/b/a Wolff Tan_____,   Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**John Story**<br>**26 W 377 Blackhawk**<br>**Wheaton, IL 60187** | - | | | **Unreturned deposit** | | | | **81.81** | **0.00**<br><br>**81.81** |
| Account No.<br><br>**Josie Morrison**<br>**8 Hawkins Cir**<br>**Wheaton, IL 60187** | - | | | **Unreturned deposit** | | | | **24.00** | **0.00**<br><br>**24.00** |
| Account No.<br><br>**Judy Kelly**<br>**1947 Sherwood Place**<br>**Wheaton, IL 60187** | - | | | **Unreturned deposit** | | | | **6.80** | **0.00**<br><br>**6.80** |
| Account No.<br><br>**Judy Pickard**<br>**91 Hawkins Cir**<br>**Wheaton, IL 60187** | - | | | **Unreturned deposit** | | | | **9.92** | **0.00**<br><br>**9.92** |
| Account No.<br><br>**Julie Ebbert**<br>**872 Gosseliu**<br>**Batavia, IL 60510** | - | | | **Unreturned deposit** | | | | **6.80** | **0.00**<br><br>**6.80** |

Sheet __41__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **0.00** |
| (Total of this page) | **129.33** | **129.33** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **K, S, and T Ltd. d/b/a Wolff Tan**                                    Case No. _____
                                                     ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Julie McKeraghan** <br> **2S640 White Birch** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 7.20 | 0.00 | 7.20 |
| Account No. <br><br> **Julie Rogers** <br> **9 Venetian Way** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 24.00 | 0.00 | 24.00 |
| Account No. <br><br> **Julie Seeman** <br> **745 Bunting** <br> **West Chicago, IL 60185** | - | | Unreturned deposit | | | | 20.67 | 0.00 | 20.67 |
| Account No. <br><br> **Karen Davis** <br> **1555 Blanchard St** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 31.00 | 0.00 | 31.00 |
| Account No. <br><br> **Karen Evensen** <br> **1437 Creekside Dr** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 49.60 | 0.00 | 49.60 |

Sheet __42__ of __84__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 132.47 | 132.47 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **K, S, and T Ltd. d/b/a Wolff Tan**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.<br><br>**Karen Fitch**<br>**3837 Sterling Rd**<br>**IL 60575** | - | | | Unreturned deposit | | | | 18.00 | 0.00<br><br>18.00 |
| Account No.<br><br>**Karen Galena**<br>**510 Robinwood Ln**<br>**Wheaton, IL 60187** | - | | | Unreturned deposit | | | | 15.00 | 0.00<br><br>15.00 |
| Account No.<br><br>**Karen Jones**<br>**607 Plamondon Ct**<br>**Wheaton, IL 60187** | - | | | Unreturned deposit | | | | 209.75 | 0.00<br><br>209.75 |
| Account No.<br><br>**Karen Marthaler**<br>**164 Taylor**<br>**Glen Ellyn, IL 60137** | - | | | Unreturned deposit | | | | 18.00 | 0.00<br><br>18.00 |
| Account No.<br><br>**Karen Parent**<br>**1510 County Farm Ct**<br>**Wheaton, IL 60187** | - | | | Unreturned deposit | | | | 61.20 | 0.00<br><br>61.20 |

Sheet __43__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal: 0.00
(Total of this page): 321.95    321.95

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Karen Russell**<br>**611 Elm**<br>**Wheaton, IL 60187** | - | | Unreturned deposit | | | | 6.00 | 0.00 | 6.00 |
| Account No.<br><br>**Karen Wellick**<br>**3S672 West Avenue**<br>**Warrenville, IL 60555** | - | | Undeposited funds | | | | 14.17 | 0.00 | 14.17 |
| Account No.<br><br>**Karen Wellick**<br>**3 S 672 West Avenue**<br>**Warrenville, IL 60555** | - | | Unreturned deposit | | | | 14.17 | 0.00 | 14.17 |
| Account No.<br><br>**Kate Hopkins**<br>**2S480 Center Ave**<br>**Warrenville, IL 60555** | - | | Unreturned deposit | | | | 43.27 | 0.00 | 43.27 |
| Account No.<br><br>**Kathleen Young**<br>**120 S. President**<br>**Wheaton, IL 60187** | - | | Unreturned deposit | | | | 30.00 | 0.00 | 30.00 |

Sheet __44__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 107.61 | 107.61 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kathleen Young**<br>**120 South President**<br>**Wheaton, IL 60187** | - | | Unreturned deposit | | | | 30.00 | 0.00 | 30.00 |
| Account No.<br><br>**Kathryn Helland**<br>**2947 Andrus Dr**<br>**West Chicago, IL 60185** | - | | Unreturned deposit | | | | 12.00 | 0.00 | 12.00 |
| Account No.<br><br>**Kathy Cook**<br>**1651 Briarcliffe Blvd, #G**<br>**Wheaton, IL 60187** | - | | Unreturned deposit | | | | 22.50 | 0.00 | 22.50 |
| Account No.<br><br>**Kathy Fox**<br>**218 Bach Ct**<br>**Wheaton, IL 60187** | - | | Unreturned deposit | | | | 22.50 | 0.00 | 22.50 |
| Account No.<br><br>**Katie Dunn**<br>**85 Murifield**<br>**Wheaton, IL 60187** | - | | Unreturned deposit | | | | 18.00 | 0.00 | 18.00 |

Sheet __45__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 105.00 / 105.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____ ,  Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | | |
| Katie Gilligan 374 Haydon Ct Wheaton, IL 60187 | - | | | | | | | 22.50 | 0.00 | 22.50 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Katie Kern 1611 Willow Ave Wheaton, IL 60187 | - | | | | | | | 6.00 | 0.00 | 6.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Katie Landry 1954 Middleton Dr Wheaton, IL 60187 | - | | | | | | | 6.00 | 0.00 | 6.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Katie O'Reilly 4517 Winchester Ave. Lisle, IL 60532 | - | | | | | | | 12.00 | 0.00 | 12.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Keith Dasenbrook | - | | | | | | | 6.50 | 0.00 | 6.50 |

Sheet __46__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 53.00 | 0.00 53.00 |
|---|---|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** , Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | | |
| Kelli Evensen 1437 Creekside Dr Wheaton, IL 60187 | | - | | | | | 6.00 | 0.00 | 6.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| Kelli Jones 607 Plamondon Ct Wheaton, IL 60187 | | - | | | | | 6.00 | 0.00 | 6.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| Kelly Dale 1907 Buckingham Wheaton, IL 60187 | | - | | | | | 12.00 | 0.00 | 12.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| Kelly Kerger 605 E. Farnham Wheaton, IL 60187 | | - | | | | | 8.00 | 0.00 | 8.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| Kelly Linn | | - | | | | | 24.00 | 0.00 | 24.00 |

Sheet __47__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 56.00 | | 56.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____ , Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | | |
| **Kelly Paytuvi**<br>**163 S Ellyn**<br>**Glen Ellyn, IL 60137** | - | | | | | | | 0.00 | |
| | | | | | | | 22.50 | | 22.50 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Kelly Renville**<br>**23 Forest Hill Drive**<br>**#203**<br>**Glen Ellyn, IL 60137** | - | | | | | | | 0.00 | |
| | | | | | | | 12.00 | | 12.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Kelsey Denson**<br>**28W230 Flanders Ln**<br>**Winfield, IL 60190** | - | | | | | | | 0.00 | |
| | | | | | | | 24.00 | | 24.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Ken Paoli**<br>**2033 Gladstone**<br>**Wheaton, IL 60187** | - | | | | | | | 0.00 | |
| | | | | | | | 37.20 | | 37.20 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Kerry Nass**<br>**2021 Sherwood**<br>**Wheaton, IL 60187** | - | | | | | | | 0.00 | |
| | | | | | | | 30.00 | | 30.00 |

Sheet __48__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 125.70 | 125.70 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **K, S, and T Ltd. d/b/a Wolff Tan**                                              Case No. _____
_____ ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No.<br><br>**Kevin Carrier**<br>**1015 Wheaton**<br>**Wheaton, IL 60187** | - | | | Unreturned deposit | | | | 64.56 | 0.00 | 64.56 |
| Account No.<br><br>**Kevin Dedi**<br>**1377 Danada**<br>**Naperville, IL 60563** | - | | | Unreturned deposit | | | | 47.85 | 0.00 | 47.85 |
| Account No.<br><br>**Kiki Parnum**<br>**3S576 Wilbur Ave**<br>**Warrenville, IL 60555** | - | | | Unreturned deposit | | | | 51.00 | 0.00 | 51.00 |
| Account No.<br><br>**Kim Eischensehr**<br>**1496 County Farm Road**<br>**Wheaton, IL 60187** | - | | | Unreturned deposit | | | | 69.42 | 0.00 | 69.42 |
| Account No.<br><br>**Kim Lariai** | - | | | Unreturned deposit | | | | 24.00 | 0.00 | 24.00 |

Sheet __49__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 256.83 | 256.83 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____ , Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kimberly Diehl** <br> **2032 Burnham** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 21.60 | 0.00 | 21.60 |
| Account No. <br><br> **Kimberly Kaczynski** <br> **1444 Stonebridge Cir, #1-15** <br> **Glen Ellyn, IL 60137** | - | | Unreturned deposit | | | | 61.09 | 61.09 | 0.00 |
| Account No. <br><br> **Kit Sexton** <br> **434 Hamilton** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 30.45 | 0.00 | 30.45 |
| Account No. <br><br> **Krisi White** <br> **501 E. Willow Avenue** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 6.00 | 0.00 | 6.00 |
| Account No. <br><br> **Kristen Lindquist** | - | | Unreturned deposit | | | | 22.67 | 0.00 | 22.67 |

Sheet __50__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 61.09 |
| (Total of this page) | 141.81 | 80.72 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **K, S, and T Ltd. d/b/a Wolff Tan**                                    , Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Kristen Oakley**<br>**213 W Illinois**<br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 43.33 | 0.00 <br><br> 43.33 |
| Account No. <br><br>**Kristi White**<br>**501 E. Willow Avenue**<br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 6.00 | 0.00 <br><br> 6.00 |
| Account No. <br><br>**Kristin Dixon**<br>**2256 Oakridige Dr., #8**<br>**Aurora, IL 60502** | | - | Unreturned deposit | | | | 62.00 | 0.00 <br><br> 62.00 |
| Account No. <br><br>**Kristin Knops**<br>**1462 McCormick Pl**<br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 24.00 | 0.00 <br><br> 24.00 |
| Account No. <br><br>**Kristin Schiewitz**<br>**2008 Crownwell Drive**<br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 14.40 | 0.00 <br><br> 14.40 |

Sheet __51__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 149.73 | 149.73

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan**                           , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Kristina Cina** <br>**767 Queenwood Ct.** <br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 24.00 | 0.00 <br><br> 24.00 |
| Account No. <br><br>**Kyle Mueller** <br>**821 Howard** <br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 6.00 | 0.00 <br><br> 6.00 |
| Account No. <br><br>**Laura Imbordina** <br>**909 Knoll** <br>**Glen Ellyn, IL 60137** | | - | Unreturned deposit | | | | 68.00 | 0.00 <br><br> 68.00 |
| Account No. <br><br>**Laure Gedvilas** | | - | Unreturned deposit | | | | 52.17 | 0.00 <br><br> 52.17 |
| Account No. <br><br>**Lauren Moore** <br>**913 E Elm** <br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 24.00 | 0.00 <br><br> 24.00 |

Sheet __52__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 174.17 / 174.17 |

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____ ,   Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Lauren Rock 926 Dorset Drive Wheaton, IL 60187 | - | | Unreturned deposit | | | | 6.00 | 0.00 / 6.00 |
| Account No. Lauren Svec 235 N. West Wheaton, IL 60187 | - | | Unreturned deposit | | | | 34.67 | 0.00 / 34.67 |
| Account No. Lauren Tomasik | - | | Unreturned deposit | | | | 18.00 | 0.00 / 18.00 |
| Account No. Laurie Johnson 25W736 White Birch Wheaton, IL 60187 | - | | Unreturned deposit | | | | 54.09 | 0.00 / 54.09 |
| Account No. Leah Foertsch 451 Mifflin Madison, WI | - | | Unreturned deposit | | | | 18.00 | 0.00 / 18.00 |

Sheet **53** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 130.76 | 130.76 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **K, S, and T Ltd. d/b/a Wolff Tan**
_____ ,      Case No. _____
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | | |
| Leatha Porto 23W234 Windsor Glen Ellyn, IL 60137 | - | | | | | | 19.20 | 0.00 | 19.20 |
| Account No. | | | Unreturned deposit | | | | | | |
| Lenka Horbenk 2205 Bradford Wheaton, IL 60187 | - | | | | | | 6.00 | 0.00 | 6.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| Linda Koster 201 Mary Ann Somonauk, IL 60552 | - | | | | | | 16.40 | 0.00 | 16.40 |
| Account No. | | | Unreturned deposit | | | | | | |
| Linda Wolff 109 S Wisconsin Addison, IL 60101 | - | | | | | | 7.20 | 0.00 | 7.20 |
| Account No. | | | Unreturned deposit | | | | | | |
| Linda Wolff 109 South Wisconsin Addison, IL 60101 | - | | | | | | 7.20 | 0.00 | 7.20 |

Sheet __54__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    | 0.00 |
(Total of this page)   56.00 | 56.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan**
_____,    Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Lindsay Jackson**<br>**1480 Lloyd Ct**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | **21.60** | **0.00** | **21.60** |
| Account No. <br><br>**Lindsay Jackson**<br>**1480 Lloyd Ct**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | **21.60** | **0.00** | **21.60** |
| Account No. <br><br>**Lindsey Schmit**<br>**26 W 109 Embden Lane**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | **24.00** | **0.00** | **24.00** |
| Account No. <br><br>**Lindy Kouri**<br>**1786 Sjogren Ct**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | **6.00** | **0.00** | **6.00** |
| Account No. <br><br>**Lisa Musial**<br>**1647 Orta Dr**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | **24.80** | **0.00** | **24.80** |

Sheet __55__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | **0.00** |
(Total of this page) | **98.00** | **98.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | |
| Lisa Santoyo 400 Spruce North Aurora, IL 60542 | | - | | | | | | 0.00 |
| | | | | | | | 26.80 | 26.80 |
| Account No. | | | Unreturned deposit | | | | | |
| Liz Kauffman 320 Redwood Ct Wheaton, IL 60187 | | - | | | | | | 0.00 |
| | | | | | | | 24.38 | 24.38 |
| Account No. | | | Unreturned deposit | | | | | |
| Lori Kelly 151 Hawkins Ct Wheaton, IL 60187 | | - | | | | | | 0.00 |
| | | | | | | | 56.67 | 56.67 |
| Account No. | | | Unreturned deposit | | | | | |
| Luann Elmore 1003 Rosewood Ave Naperville, IL 60563 | | - | | | | | | 0.00 |
| | | | | | | | 22.25 | 22.25 |
| Account No. | | | Unreturned deposit | | | | | |
| Lynda Dome 25W351 Twopath Ct Wheaton, IL 60187 | | - | | | | | | 0.00 |
| | | | | | | | 33.39 | 33.39 |

Sheet __56__ of __84__ continuation sheets attached to      Subtotal    | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)    | 163.49 | 163.49 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **K, S, and T Ltd. d/b/a Wolff Tan**_____,    Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lynn Jorde**<br>**32507 Village Green Blvd.**<br>**Warrenville, IL 60555** | - | | **Unreturned deposit** | | | | 30.00 | 0.00 | 30.00 |
| Account No.<br><br>**Lynne Terranova**<br>**2 S 361 Milton Avenue**<br>**Glen Ellyn, IL 60137** | - | | **Unreturned deposit** | | | | 21.40 | 0.00 | 21.40 |
| Account No.<br><br>**Malene Davidsen**<br>**1943 Crowmwell Dr**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | 6.00 | 0.00 | 6.00 |
| Account No.<br><br>**Marcia Stanek**<br>**1946 Sherwood**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | 100.17 | 0.00 | 100.17 |
| Account No.<br><br>**Marian Dunn**<br>**85 Murifield**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | 96.00 | 0.00 | 96.00 |

Sheet **57** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 253.57 | 253.57 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan**
_____ ,   Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | | |
| Marilyn Daley 1599 Burner Trial Wheaton, IL 60187 | | - | | | | | 9.50 | 0.00 | 9.50 |
| Account No. | | | Unreturned deposit | | | | | | |
| Marilyn Daley 1599 Burner Trial Wheaton, IL 60187 | | - | | | | | 9.50 | 0.00 | 9.50 |
| Account No. | | | Unreturned deposit | | | | | | |
| Mark Imbordino 909 Mary Knoll Glen Ellyn, IL 60137 | | - | | | | | 24.00 | 0.00 | 24.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| Marlo Capponi 41 Kensington Cir Wheaton, IL 60187 | | - | | | | | 5.40 | 0.00 | 5.40 |
| Account No. | | | Unreturned deposit | | | | | | |
| Mary Coyne 190 Bach Ct Wheaton, IL 60187 | | - | | | | | 31.20 | 0.00 | 31.20 |

Sheet __58__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                          0.00
(Total of this page)   79.60      79.60

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __K, S, and T Ltd. d/b/a Wolff Tan_____,    Case No. _____
                                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | |
| Mary Dalton 1333 S Lorrian Rd Wheaton, IL 60187 | | - | | | | | | 0.00 |
| | | | | | | | 30.00 | 30.00 |
| Account No. | | | Unreturned deposit | | | | | |
| Mary Ellen Keith 2S038 Valley Rd Lombard, IL 60148 | | - | | | | | | 0.00 |
| | | | | | | | 76.80 | 76.80 |
| Account No. | | | Unreturned deposit | | | | | |
| Mary Hentges 22W309 Elmwood Dr Glen Ellyn, IL 60137 | | - | | | | | | 0.00 |
| | | | | | | | 6.50 | 6.50 |
| Account No. | | | Unreturned deposit | | | | | |
| Mary Kerger 605 E Farnham Wheaton, IL 60187 | | - | | | | | | 0.00 |
| | | | | | | | 38.40 | 38.40 |
| Account No. | | | Unreturned deposit | | | | | |
| Mary Story 26 W 377 Blackhawk Wheaton, IL 60187 | | - | | | | | | 0.00 |
| | | | | | | | 77.59 | 77.59 |

Sheet __59__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 229.29 | 229.29 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** ,      Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Marylynn Zdunich** <br> **115 7th** <br> **Downers Grove, IL 60515** | - | | Unreturned deposit | | | | 8.20 | 0.00 | 8.20 |
| Account No. <br><br> **Marylynn Zdunich** <br> **115 7th** <br> **Downers Grove, IL 60515** | - | | Unreturned deposit | | | | 8.20 | 0.00 | 8.20 |
| Account No. <br><br> **Matthew Hill** <br> **1952 Carlsbad Cir** <br> **Naperville, IL 60563** | - | | Unreturned deposit | | | | 40.40 | 0.00 | 40.40 |
| Account No. <br><br> **Maureen McBeth** <br> **25W746 White Birch** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 18.00 | 0.00 | 18.00 |
| Account No. <br><br> **Megan Colgan** <br> **1515 Havenhill** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 12.00 | 0.00 | 12.00 |

Sheet **60** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 86.80 | 86.80

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **K, S, and T Ltd. d/b/a Wolff Tan**                                    Case No. _____
                                                                    ,
                                             Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | | |
| Megan Leahy 29W150 Old Farm Ln Warrenville, IL 60555 | - | | | | | | 6.00 | 0.00 | 6.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| Melinda Keck 2103 Nachtman Ct Wheaton, IL 60187 | - | | | | | | 7.50 | 0.00 | 7.50 |
| Account No. | | | Unreturned deposit | | | | | | |
| Melissa Donile 2S405 Emeral Green #145 Warrenville, IL 60555 | - | | | | | | 77.91 | 0.00 | 77.91 |
| Account No. | | | Unreturned Deposit | | | | | | |
| Melissa Porto 23W234 Windsor Glen Ellyn, IL 60137 | - | | | | | | 18.00 | 0.00 | 18.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| Melissa Settle | - | | | | | | 11.13 | 0.00 | 11.13 |

Sheet __61__ of __84__ continuation sheets attached to          Subtotal                    0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)    120.54          120.54

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __**K, S, and T Ltd. d/b/a Wolff Tan**_____,        Case No. _____
                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | | |
| Mellisa Wuebben 2028 Chatham Wheaton, IL 60187 | - | | | | | | | 17.33 | 0.00 | 17.33 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Mellisa Wuebben 2028 Chatham Wheaton, IL 60187 | - | | | | | | | 17.33 | 0.00 | 17.33 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Mellissa Ruktanonchai 602 South Gables Rd. Wheaton, IL 60187 | - | | | | | | | 62.33 | 0.00 | 62.33 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Merdith Krafcheck 29W140 Forest Ln Warrenville, IL 60555 | - | | | | | | | 30.00 | 0.00 | 30.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Michael Garamoni | - | | | | | | | 94.29 | 0.00 | 94.29 |

Sheet __62__ of __84__ continuation sheets attached to                                  Subtotal               | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims                         (Total of this page)    | 221.28 | 221.28 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Unreturned deposit | | | | | |
| Michael Sexton 434 Hamilton Wheaton, IL 60187 | - | | | | | | | | 0.00 |
| | | | | | | | | 16.31 | 16.31 |
| Account No. | | | | Unreturned deposit | | | | | |
| Michelle Cooper 1271 Illinois Wheaton, IL 60187 | - | | | | | | | | 0.00 |
| | | | | | | | | 19.20 | 19.20 |
| Account No. | | | | Unreturned deposit | | | | | |
| Michelle Hurst | - | | | | | | | | 0.00 |
| | | | | | | | | 30.00 | 30.00 |
| Account No. | | | | Unreturned deposit | | | | | |
| Mike Felley 1913 Greshorn Cir Wheaton, IL 60187 | - | | | | | | | | 0.00 |
| | | | | | | | | 13.60 | 13.60 |
| Account No. | | | | Unreturned deposit | | | | | |
| Mike McCarffery 459 Chopin Ct Wheaton, IL 60187 | - | | | | | | | | 0.00 |
| | | | | | | | | 27.50 | 27.50 |

Sheet **63** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal 0.00
(Total of this page) 106.61 | 106.61

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re __K, S, and T Ltd. d/b/a Wolff Tan_____,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No.  Mike Minger  N/A | | - | | Unreturned deposit | | | | 17.33 | 0.00 | 17.33 |
| Account No.  Molley Farrell | | - | | Unreturned deposit | | | | 6.00 | 0.00 | 6.00 |
| Account No.  Molly Cosgrove  706 E. Willow  Wheaton, IL 60187 | | - | | Unreturned deposit | | | | 15.00 | 0.00 | 15.00 |
| Account No.  Monica Caputo  2124 Timber Ln  Wheaton, IL 60187 | | - | | Unreturned deposit | | | | 6.50 | 0.00 | 6.50 |
| Account No.  Nancy Farrell | | - | | Unreturned deposit | | | | 12.00 | 0.00 | 12.00 |

Sheet __64__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                     0.00
(Total of this page)   56.83   56.83

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **K, S, and T Ltd. d/b/a Wolff Tan**                                    Case No. _____
                                                                    ,
                                     Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No.<br><br>**Nancy McDonal**<br>**25W752 Duifee**<br>**Wheaton, IL 60187** | - | | | Unreturned deposit | | | | 24.00 | 0.00 | 24.00 |
| Account No.<br><br>**Nancy Menditto**<br>**27W032 Couley Ave**<br>**Winfield, IL 60190** | - | | | Unreturned deposit | | | | 13.04 | 0.00 | 13.04 |
| Account No.<br><br>**Nancy Rice-Mesko**<br>**28 W 751 Townline**<br>**Warrenville, IL 60555** | - | | | Unreturned deposit | | | | 77.00 | 0.00 | 77.00 |
| Account No.<br><br>**Nancy Walker**<br>**823 Jeffrey Ct**<br>**Wheaton, IL 60187** | - | | | Unreturned deposit | | | | 6.00 | 0.00 | 6.00 |
| Account No.<br><br>**Nancy Walker**<br>**823 Jeffrey Ct.**<br>**Wheaton, IL 60187** | - | | | Unreturned deposit | | | | 6.00 | 0.00 | 6.00 |

Sheet __65__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 126.04 | 126.04 |

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan**                                    ,    Case No. _____
_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | |
| Nicole Nesslar 1575 Darwin Ln Wheaton, IL 60187 | - | | | | | | | 24.00 | 0.00 / 24.00 |
| Account No. | | | | Unreturned deposit | | | | | |
| Nicole Smith 8891 Ande Wheaton, IL 60187 | - | | | | | | | 30.00 | 0.00 / 30.00 |
| Account No. | | | | Unreturned deposit | | | | | |
| Nina Petru 1520 Stonebridge Tr Wheaton, IL 60187 | - | | | | | | | 30.00 | 0.00 / 30.00 |
| Account No. | | | | Unreturned deposit | | | | | |
| Paige Mikoljczyk 74 Sterling Cir Wheaton, IL 60187 | - | | | | | | | 20.67 | 0.00 / 20.67 |
| Account No. | | | | Unreturned deposit | | | | | |
| Pam Guerin 23W266 Woodcroft Glen Ellyn, IL 60137 | - | | | | | | | 24.00 | 0.00 / 24.00 |

Sheet __66__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 128.67 | 128.67 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____ ,    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No.<br><br>**Pamela Rusin**<br>**0 N 216 Windermere Rd.**<br>**Winfield, IL 60190** | - | | | | **Unreturned deposit** | | | | 6.00 | 0.00<br><br>6.00 |
| Account No.<br><br>**Patick Enright**<br>**1261 Eagle Ct**<br>**Wheaton, IL 60187** | - | | | | **Unreturned deposit** | | | | 24.30 | 0.00<br><br>24.30 |
| Account No.<br><br>**Patrica Mendiola**<br>**1459 Stonebridge Ct**<br>**Wheaton, IL 60187** | - | | | | **Unreturned deposit** | | | | 109.57 | 0.00<br><br>109.57 |
| Account No.<br><br>**Patt Kakavas**<br>**1436 S. Prospect**<br>**Wheaton, IL 60187** | - | | | | **Unreturned deposit** | | | | 38.64 | 0.00<br><br>38.64 |
| Account No.<br><br>**Patti Reisor**<br>**455 W Front #504**<br>**Wheaton, IL 60187** | - | | | | **Unreturned deposit** | | | | 55.80 | 0.00<br><br>55.80 |

Sheet __67__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 234.31 | 234.31 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Unreturned deposit | | | | | |
| Paul Kauffman 410 E. Illinois Wheaton, IL 60187 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 21.60 | 21.60 |
| Account No. | | | | | Unreturned deposit | | | | | |
| Pete Conway 2S361 Milton Ave Glen Ellyn, IL 60137 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 22.50 | 22.50 |
| Account No. | | | | | Unreturned deposit | | | | | |
| Pete Rasmussen 30W185 Halader West Chicago, IL 60185 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 24.00 | 24.00 |
| Account No. | | | | | Unreturned deposit | | | | | |
| Pete Tully 25 W 619 Flint Creek Rd. Wheaton, IL 60187 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 18.00 | 18.00 |
| Account No. | | | | | Unreturned deposit | | | | | |
| Peter Morano 2042 Rachel Ln Aurora, IL 60502 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 9.50 | 9.50 |

Sheet __68__ of __84__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 0.00 |
| 95.60 | 95.60 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____,   Case No. _____

                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Phyllis Colgan**<br>**1515 Havenhill**<br>**Wheaton, IL 60187** | | - | **Unreturned deposit** | | | | 19.20 | 0.00 | 19.20 |
| Account No.<br><br>**Pille Meriste**<br>**1702 Lake Cliffe Dr.**<br>**Wheaton, IL 60187** | | - | **Unreturned deposit** | | | | 94.29 | 0.00 | 94.29 |
| Account No.<br><br>**Rachel Daschler**<br>**1354 Groton Ct**<br>**Wheaton, IL 60187** | | - | **Unreturned deposit** | | | | 9.50 | 0.00 | 9.50 |
| Account No.<br><br>**Rachel Schwarcz** | | - | **Unreturned deposit** | | | | 6.50 | 0.00 | 6.50 |
| Account No.<br><br>**Rachel Williams**<br>**2161 S Bradford**<br>**Wheaton, IL 60187** | | - | **Unreturned deposit** | | | | 12.00 | 0.00 | 12.00 |

Sheet __69__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 141.49 | | 141.49 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **K, S, and T Ltd. d/b/a Wolff Tan**_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | |
| Rachel Williams 2161 South Bradford Wheaton, IL 60187 | - | | | | | | 12.00 | 0.00 / 12.00 |
| Account No. | | | Unreturned deposit | | | | | |
| Raenie Maggiano 1110 S Gables Blvd Wheaton, IL 60187 | - | | | | | | 70.43 | 0.00 / 70.43 |
| Account No. | | | Unreturned deposit | | | | | |
| Robin Lacine 1760 Oxnard Dr Downers Grove, IL 60516 | - | | | | | | 6.50 | 0.00 / 6.50 |
| Account No. | | | Unreturned deposit | | | | | |
| Robin Rock 5 S 040 Pebblwood Naperville, IL 60563 | - | | | | | | 43.33 | 0.00 / 43.33 |
| Account No. | | | Unreturned deposit | | | | | |
| Rozanne Pontrelli N/A | - | | | | | | 31.00 | 0.00 / 31.00 |

Sheet __70__ of __84__ continuation sheets attached to    Subtotal    0.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    163.26    163.26

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __K, S, and T Ltd. d/b/a Wolff Tan_____,   Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | | |
| Rugile Wathen 23W264 Westchester Glen Ellyn, IL 60137 | | - | | | | | | 17.33 | 0.00 | 17.33 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Rugile Wathen 23 W 264 Westchester Glen Ellyn, IL 60137 | | - | | | | | | 17.33 | 0.00 | 17.33 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Ryan James 1920 Buckingham Wheaton, IL 60187 | | - | | | | | | 6.00 | 0.00 | 6.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Samantha Heil 217 Montclair Glen Ellyn, IL 60137 | | - | | | | | | 24.00 | 0.00 | 24.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Sandy Lan | | - | | | | | | 35.42 | 0.00 | 35.42 |

Sheet __71__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal          0.00
(Total of this page)   100.08          100.08

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **K, S, and T Ltd. d/b/a Wolff Tan** ,                 Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Sandy Ozols** <br> **511 Aurora Ave #402** <br> **Naperville, IL 60540** | - | | Unreturned deposit | | | | 8.67 | 0.00 | 8.67 |
| Account No. <br> **Sara Hoff** <br> **1453 Gainesboro Ct** <br> **Wheaton, IL 60187** | - | | | | | | 12.00 | 0.00 | 12.00 |
| Account No. <br> **Sara Hoffland** <br> **1366 Brighton Dr** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 6.18 | 0.00 | 6.18 |
| Account No. <br> **Sara Olson** <br> **1996 Creekside Dr.** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 17.33 | 0.00 | 17.33 |
| Account No. <br> **Sara Schneider** <br> **1 S 530 Hawthorne Lane** <br> **Wheaton, IL 60187** | - | | Unreturned deposit | | | | 24.00 | 0.00 | 24.00 |

Sheet **72** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 68.18 | | 68.18 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **K, S, and T Ltd. d/b/a Wolff Tan** _____,   Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | | |
| Sarah Dobson 2335 Richmond Dr Wheaton, IL 60187 | - | | | | | | 28.20 | 0.00 | 28.20 |
| Account No. | | | Unreturned deposit | | | | | | |
| Sarah Fisher 1940 Carlsbad STP, #205 Naperville, IL 60563 | - | | | | | | 6.00 | 0.00 | 6.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| Sarah Larson 1445 S Lorriene, #17 Wheaton, IL 60187 | - | | | | | | 11.67 | 0.00 | 11.67 |
| Account No. | | | Unreturned deposit | | | | | | |
| Sarah Stallings 220 5th St. Downers Grove, IL 60515 | - | | | | | | 34.00 | 0.00 | 34.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| Sarah Wagner 328 W Gartner Naperville, IL 60540 | - | | | | | | 9.50 | 9.50 | 0.00 |

Sheet **73** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 9.50
(Total of this page) | 89.37 | 79.87

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____ ,        Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | |
| Sarah Wagner 328 W. Gartner Naperville, IL 60540 | | - | | | | | | 0.00 |
| | | | | | | | 9.50 | 9.50 |
| Account No. | | | Unreturned deposit | | | | | |
| Sarah Young 6081 Stewart Dr., #1128 Wheaton, IL 60187 | | - | | | | | | 0.00 |
| | | | | | | | 28.33 | 28.33 |
| Account No. | | | Unreturned deposit | | | | | |
| Sarah Young 6081 Stewart Drive #1128 Wheaton, IL 60187 | | - | | | | | | 0.00 |
| | | | | | | | 28.33 | 28.33 |
| Account No. | | | Unreturned deposit | | | | | |
| Sasha Kruger 27W126 Galusha Rd Warrenville, IL 60555 | | - | | | | | | 0.00 |
| | | | | | | | 223.56 | 223.56 |
| Account No. | | | Unreturned deposit | | | | | |
| Shannon Zandanel 1348 Finley Lombard, IL 60148 | | - | | | | | | 0.00 |
| | | | | | | | 19.20 | 19.20 |

Sheet __74__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 308.92 | 308.92 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | | |
| Shari Zito 30W015 Vunipes Ct. Warrenville, IL 60555 | - | | | | | | | 62.33 | 0.00 | 62.33 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Sharon Fairless 5 Forest Hill Dr, #204 Glen Ellyn, IL 60137 | - | | | | | | | 17.33 | 0.00 | 17.33 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Sharon Herrero | - | | | | | | | 35.42 | 0.00 | 35.42 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Sharon Kappesser 71 Dennison Glendale Heights, IL 60139 | - | | | | | | | 15.00 | 0.00 | 15.00 |
| Account No. | | | | Unreturned deposit | | | | | | |
| Sharon Laciak 4458 Hatch Ln Lisle, IL 60532 | - | | | | | | | 32.61 | 0.00 | 32.61 |

Sheet __75__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 162.69 | 162.69

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | Unreturned deposit | | | | | | | |
| Sharon Sliwa 26 W 143 Tomahawk Wheaton, IL 60187 | - | | | | | | | | 0.00 |
| | | | | | | | | 56.67 | 56.67 |
| Account No. | | Unreturned deposit | | | | | | | |
| Sheila D'Anca 1983 Somerset Wheaton, IL 60187 | - | | | | | | | | 0.00 |
| | | | | | | | | 24.60 | 24.60 |
| Account No. | | Unreturned deposit | | | | | | | |
| Sherly Sedlock 0 N 687 Bedford Winfield, IL 60190 | - | | | | | | | | 0.00 |
| | | | | | | | | 12.40 | 12.40 |
| Account No. | | Unreturned deposit | | | | | | | |
| Shiely Morlock 432 Brantley P. Wheaton, IL 60187 | - | | | | | | | | 0.00 |
| | | | | | | | | 24.00 | 24.00 |
| Account No. | | Unreturned deposit | | | | | | | |
| Silivia Palkovics N/A | - | | | | | | | | 0.00 |
| | | | | | | | | 12.50 | 12.50 |

Sheet __76__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 130.17 | 130.17 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | | |
| **Stacy Greener** **31214 Village Green Blvd** **Warrenville, IL 60555** | | - | | | | | 24.00 | 0.00 | 24.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Stacy Tomanek** **1575 Orchard Rd.** **Wheaton, IL 60187** | | - | | | | | 18.00 | 0.00 | 18.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Stephen Knops** **1462 McCormick Pl** **Wheaton, IL 60187** | | - | | | | | 6.50 | 0.00 | 6.50 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Steve Cox** **131 White Oak Dr** **Wheaton, IL 60187** | | - | | | | | 28.57 | 28.57 | 0.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Steve Miller** **810 Longfellow Dr.** **Wheaton, IL 60187** | | - | | | | | 20.67 | 0.00 | 20.67 |

Sheet __77__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 28.57 | |
|---|---|---|---|
| | (Total of this page) | 97.74 | 69.17 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____,   Case No. _____
                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Steve Zwemke**<br>**3203 Riverbrich Dr**<br>**Aurora, IL 60504** | - | | **Unreturned deposit** | | | | 26.00 | 0.00<br><br>26.00 |
| Account No.<br><br>**Steve Zwemke**<br>**3203 Riverbirch Drive**<br>**Aurora, IL 60504** | - | | **Unreturned deposit** | | | | 26.00 | 0.00<br><br>26.00 |
| Account No.<br><br>**Sue Censky**<br>**2069 Spring Green**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | 6.00 | 0.00<br><br>6.00 |
| Account No.<br><br>**Sue Handley**<br>**6S201 Marblehead**<br>**Naperville, IL 60540** | - | | **Unreturned deposit** | | | | 6.00 | 0.00<br><br>6.00 |
| Account No.<br><br>**Susan Lonnett**<br>**2025 Somerset**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | 22.50 | 0.00<br><br>22.50 |

Sheet __78__ of __84__ continuation sheets attached to         Subtotal         0.00
Schedule of Creditors Holding Unsecured Priority Claims   (Total of this page)   86.50         86.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan**                    ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Susan Schieszler**<br>**2165 Lillian Ct.**<br>**Lisle, IL 60532** | | - | **Unreturned deposit** | | | | 94.50 | 0.00 | 94.50 |
| Account No. <br><br>**Susan Thies**<br>**1413 Broton lane**<br>**Wheaton, IL 60187** | | - | **Unreturned deposit** | | | | 6.00 | 0.00 | 6.00 |
| Account No. <br><br>**Susan Volilink**<br>**717 Delles Road, #3**<br>**Wheaton, IL 60187** | | - | **Unreturned deposit** | | | | 34.00 | 0.00 | 34.00 |
| Account No. <br><br>**Susan Volilink**<br>**717 Delles Rd.**<br>**#3N**<br>**Wheaton, IL 60187** | | - | **Unreturned deposit** | | | | 34.00 | 0.00 | 34.00 |
| Account No. <br><br>**Suzanne Demus**<br>**2089 Wesford Cir**<br>**Wheaton, IL 60187** | | - | **Unreturned deposit** | | | | 12.00 | 0.00 | 12.00 |

Sheet **79** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 180.50 | 180.50 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __K, S, and T Ltd. d/b/a Wolff Tan_____,　Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | |
| Suzanne Hafiz 418 Mozart Ct Wheaton, IL 60187 | - | | | | | | 26.00 | 0.00 / 26.00 |
| Account No. | | | Unreturned deposit | | | | | |
| Tammy Weaver 920 Aurora Way Wheaton, IL 60187 | - | | | | | | 22.67 | 0.00 / 22.67 |
| Account No. | | | Unreturned deposit | | | | | |
| Taryn Johnson 3S419 Saddle Ridge Ct Warrenville, IL 60555 | - | | | | | | 24.00 | 0.00 / 24.00 |
| Account No. | | | Unreturned deposit | | | | | |
| Tatiana Kuzyk 2S476 Kenil Glen Ellyn, IL 60137 | - | | | | | | 8.00 | 0.00 / 8.00 |
| Account No. | | | Unreturned deposit | | | | | |
| Teresa Krueger 29W104 Bolles West Chicago, IL 60185 | - | | | | | | 6.50 | 0.00 / 6.50 |

Sheet __80__ of __84__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 87.17 | 87.17 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Teri Lindeman**<br>**1241 Eagle** | | - | Unreturned deposit | | | | 45.33 | 0.00 | 45.33 |
| Account No.<br><br>**Terri Steisdoerfer**<br>**209 Stuarton drive**<br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 30.91 | 0.00 | 30.91 |
| Account No.<br><br>**Tiffany Humberstone**<br>**30W170 Redham**<br>**Warrenville, IL 60555** | | - | Unreturned deposit | | | | 11.50 | 0.00 | 11.50 |
| Account No.<br><br>**Tim Cary**<br>**12 Winner Cup Cir**<br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 38.40 | 0.00 | 38.40 |
| Account No.<br><br>**Tim Martin**<br>**1981 Legency Dr**<br>**Wheaton, IL 60187** | | - | Unreturned deposit | | | | 9.50 | 0.00 | 9.50 |

Sheet **81** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 135.64 | 135.64 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re __K, S, and T Ltd. d/b/a Wolff Tan_____ ,    Case No. _____

                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tina Glenn**<br>**2079 Scottdale**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | 12.00 | 0.00<br><br>12.00 |
| Account No.<br><br>**Tracy Klem**<br>**1219 Golf Ln**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | 21.60 | 0.00<br><br>21.60 |
| Account No.<br><br>**Tracy Klem**<br>**1219 Golf Ln**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | 21.60 | 0.00<br><br>21.60 |
| Account No.<br><br>**Tracy Taylor**<br>**596 Harloweln Terrance**<br>**Naperville, IL 60565** | - | | **Unreturned deposit** | | | | 34.67 | 0.00<br><br>34.67 |
| Account No.<br><br>**Trudy Zimmerman**<br>**0N654 Woodlawn**<br>**Wheaton, IL 60187** | - | | **Unreturned deposit** | | | | 29.75 | 0.00<br><br>29.75 |

Sheet __82__ of __84__ continuation sheets attached to     Subtotal        0.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    119.62    119.62

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **K, S, and T Ltd. d/b/a Wolff Tan** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unreturned deposit | | | | | | |
| **Trudy Zimmermann 0N654 Woodlawn Wheaton, IL 60187** | - | | | | | | 29.75 | 0.00 | 29.75 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Valaraie Jordan 27W227 Hoy Ave Warrenville, IL 60555** | - | | | | | | 12.00 | 0.00 | 12.00 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Valerie Viverito 2325 Durham Wheaton, IL 60187** | - | | | | | | 56.67 | 0.00 | 56.67 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Valerie Viverito 2325 Durham Wheaton, IL 60187** | - | | | | | | 56.67 | 0.00 | 56.67 |
| Account No. | | | Unreturned deposit | | | | | | |
| **Vicky Spair 1244 Sussex Lane Wheaton, IL 60187** | - | | | | | | 15.00 | 0.00 | 15.00 |

Sheet **83** of **84** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 170.09 | 170.09 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **K, S, and T Ltd. d/b/a Wolff Tan**                                    Case No. _____
_____ ,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Unreturned deposit | | | | | |
| Victoria Fox 2087 Willow Run Wheaton, IL 60187 | - | | | | | | | | 0.00 |
| | | | | | | | | 5.67 | 5.67 |
| Account No. | | | | Unreturned deposit | | | | | |
| Vivian Persall 600 Yosemite Ave Naperville, IL 60565 | - | | | | | | | | 0.00 |
| | | | | | | | | 38.50 | 38.50 |
| Account No. | | | | Unreturned deposit | | | | | |
| Wilson Rondini 114 Lewis Lane Wheaton, IL 60187 | - | | | | | | | | 0.00 |
| | | | | | | | | 49.60 | 49.60 |
| Account No. | | | | Unreturned deposit | | | | | |
| Zach Creer 325 Prospect Wheaton, IL 60187 | - | | | | | | | | 0.00 |
| | | | | | | | | 18.00 | 18.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **84** of **84** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 111.77 | 111.77 |
| Total | 245.66 | |
| (Report on Summary of Schedules) | 12,363.37 | 12,117.71 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **K, S, and T Ltd. d/b/a Wolff Tan** _____,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **630-665-1615 243 5** <br><br>**AT&T Wireless** <br>**P.O. 8229** <br>**Aurora, IL 60572** | | - | | **Utilities** | | | | 126.96 |
| Account No. **5200 0111 5792 9427 - 8601** <br><br>**Bank of America** <br>**PO Box 17220** <br>**Baltimore, MD 21297-1220** | | - | | **1/10/08** <br>**Trade debt** | | | | 3,000.00 |
| Account No. **5200 0111 5792 9427 - 8429** <br><br>**Bank of America** <br>**PO Box 17220** <br>**Baltimore, MD 21297-1220** | | - | | **1/10/08** <br>**Trade Debt** | | | | 9,000.00 |
| Account No. <br><br>**Cassandra Hugh** <br>**785 Homeward Pl** <br>**San Jose, CA 95123** | | - | | **March 2008** <br>**Business Loan for Operating Expenses** | | | | 5,000.00 |

|  |  |  |
|---|---|---|
| __2__ continuation sheets attached | Subtotal <br> (Total of this page) | 17,126.96 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                         S/N:33434-080317    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **K, S, and T Ltd. d/b/a Wolff Tan** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4417 1680 7064 0184**<br><br>**Chase**<br>**PO Box 15153**<br>**Wilmington, DE 19886** | | - | | **3/15/08**<br>**Trade Debt** | | | | 6,915.00 |
| Account No. **4417 1259 7998 8601**<br><br>**Chase**<br>**PO Box 15153**<br>**Wilmington, DE 19886** | | - | | **3/15/08**<br>**Trade Debt** | | | | 12,952.93 |
| Account No. **6246143024**<br><br>**Com Ed**<br>**Bill Payment Center**<br>**P.O. Box 87522**<br>**Chicago, IL 60680** | | - | | **Utilities** | | | | 503.58 |
| Account No. **13-11-01-2867 8**<br><br>**Nicor**<br>**PO Box 310**<br>**Aurora, IL 60568** | | - | | **Utilities** | | | | 18.11 |
| Account No.<br><br>**Prudential Insurance Co. of America**<br>**Prizm Partners Commerical Real Est.**<br>**15660 N FSLLSD Pkwy, STE 1100**<br>**Dallas, TX 75248** | X | - | | **March, 2008 - February, 2010**<br>**Landlord future rent** | | | X | 88,800.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

109,189.62

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **K, S, and T Ltd. d/b/a Wolff Tan**                                    ,    Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  Su Ju Hsu 2443 E Ebony Chandler, AZ 85249 | X | - | | | March 2008 Business Capital Loan | | | | 77,000.00 |
| Account No. **508491**  Yellowbook - Illinois PO Box 586 Newark, NJ 07101 | | - | | | Trade Debt | | | | 823.58 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal (Total of this page) | 77,823.58 |
| | | Total (Report on Summary of Schedules) | 204,140.16 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **K, S, and T Ltd. d/b/a Wolff Tan** _____,   Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Schedule E creditors** | **Prepaid tanning plans with customers listed on Schedule E.** |
| **The Prudential Insurance Co. c/o Prizm Partners Commercial Real Esta 15660 N. FSLLSD Pkwy Dallas, TX 75248** | **Lease of retail space** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re   **K, S, and T Ltd. d/b/a Wolff Tan**                                    ,   Case No. _____
                                                        Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Leona Kung**<br>**0 N 441 Kimball Rd.**<br>**Winfield, IL 60190**<br>    **Personal Guarentee** | **Prudential Insurance Co. of America**<br>**Prizm Partners Commerical Real Est.**<br>**15660 N FSLLSD Pkwy, STE 1100**<br>**Dallas, TX 75248** |
| **Leona Kung**<br>**0 N 441 Kimball Rd.**<br>**Winfield, IL 60190**<br>    **Possible personal guarentee** | **Su Ju Hsu**<br>**2443 E Ebony**<br>**Chandler, AZ 85249** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **K, S, and T Ltd. d/b/a Wolff Tan**                                   Case No.
                                                    Debtor(s)        Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Sole Shareholder, Director and Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**100**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **March 24, 2008**                         Signature  **/s/ Leona Kung**

                                                        **Leona Kung**
                                                        **Sole Shareholder, Director and Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re __K, S, and T Ltd. d/b/a Wolff Tan__                     Case No. _____

                                         Debtor(s)                     Chapter __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,000.00** | **2008 - Business Operations- (Balance approximate)** |
| **$67,972.00** | **2007 - Business Operations** |
| **$60,159.00** | **2006 - Busiess Operations** |

2

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Prizm Partners Commercial Real Estate**<br>**15660 No. FSLLSD Parkway, Stuite 31100**<br>**Dallas, TX 75248** | **Monthly @ $3594.00/month**<br>**for current rent** | **$10,782.00** | **$0.00** |

None ☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Leona Kung**<br>**0 N 441 Kimball Rd.**<br>**Winfield, IL 60190**<br>    **Sole Shareholder, Director, and Officer** | **Various through out last 12**<br>**months for wages** | **$12,000.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

3

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer, Brown, Covey, Gaertner & Davis**<br>**400 S. County Farm Rd. #330**<br>**Wheaton, IL 60187** | **February 2008** | **$4,300.00** |
| **Thompson, Rosenthal and Watts**<br>**1001 E. Chicago Av. ste. #111**<br>**Naperville, IL 60540** | **2007** | **$245.00** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■   the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
    docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■   ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
    partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
    immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
    within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐   supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Edward Arkin, Arkin and Dix** | **2005-2007** |
| **800 E. Northwest Hgwy. #1050** | |
| **Palatine, IL 60074-6519** | |

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■   of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Leona Kung** | **0 N. 441 Kimball St.**<br>**Winfield, IL 60190** |
| **Edward Arkin, Arkin and Dix** | **See Above** |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **February 2008** | **Leona kung** | **See Sch. B** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **February 2008** | **Leona Kung**<br>**Address above** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Leona Kung**<br>**0 N. 441 Kimball Rd.**<br>**Winfield, IL 60190** | **Sole Shareholder, director and Officer** | **100%** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                                DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                                DATE OF TERMINATION

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Leona Kung**<br>**0 N. 441 Kimball Rd.**<br>**Winfield, IL 60190**<br>    **Sole Shareholder, Director and Officer** | **Various over last 12 months- Wages** | **$12,000** |

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March 24, 2008**                            Signature    **/s/ Leona Kung**
                                                                                      **Leona Kung**
                                                                                      **Sole Shareholder, Director and Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   **K, S, and T Ltd. d/b/a Wolff Tan**      Case No.

                                Debtor(s)      Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **4,300.00** |
| Prior to the filing of this statement I have received | $ **4,300.00** |
| Balance Due | $ **0.00** |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **March 24, 2008**                 **/s/ Kent A. Gaertner**
                                           **Kent A. Gaertner 3121489**
                                           **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
                                           **400 S. County Farm Road**
                                           **Suite 330**
                                           **Wheaton, IL 60187**
                                           **630-510-0000  Fax: 630-510-0004**

---

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   **K, S, and T Ltd. d/b/a Wolff Tan**                                          Case No. _____

                                              Debtor(s)          Chapter   **7**  _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **431**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March 24, 2008**  _____          **/s/ Leona Kung** _____

                                              **Leona Kung/Sole Shareholder, Director and Officer**
                                              Signer/Title

Abby Kouri
1786 Sjogren Ct
Wheaton, IL 60187

Adriana Ollech
2S644 Kenilworth
Glen Ellyn, IL 60137

Agata Gowin
1407 Princeton Ct
Wheaton, IL 60187

Agnieszka Wolska
1931 Warrenville
Lisle, IL 60532

Agnieszka Wolska
1931 Warrenville
Lisle, IL 60532

Alexxe Perlin
1783 Warwick Ct
Wheaton, IL 60187

Allie Winberg
2S671 Arrowhead
Wheaton, IL 60187

Allie Winberg
2 S 671 Arrowhead
Wheaton, IL 60187

Allison Geger
4308 Nutmeg
Lisle, IL 60532

Allyson Masters
131 White Oak
Wheaton, IL 60187

Amanda Duval
25W115 Fairmeadow
Naperville, IL 60563

Amy Dahlgren
26W056 Mohilan Dr
Wheaton, IL 60187


Amy Field
120 Lewis Ln
Wheaton, IL 60187


Amy Mashburn


Amy Singer
1327 College
Wheaton, IL 60187


Amy Wendt
1902 Hitchcock
Downers Grove, IL 60515


Amy Wendt
1902 Hitchcock
Downers Grove, IL 60515


Andrea Moore
8S609 John Street
Big Rock, IL 60511


Andrew Kahlenberg
1341 S Summer
Wheaton, IL 60187


Angela McInerney
2437 Oneida
Naperville, IL 60563


Angela Tenjun
25 W 790 Marshall Lane
Wheaton, IL 60187


Angie Mehsling
351 Mendolshohn Ct
Wheaton, IL 60187

Angie Sobkowiak
5 N 077 Forest Trails
Saint Charles, IL 60175


Ann Marie Jarka
26 W Mallard
Wheaton, IL 60187


Ann Marie Rosen
1225 Loughborough
Wheaton, IL 60187


Anna Nilles
2063 Spring Green
Wheaton, IL 60187


Anne Macduff
1521 Maple Knoll
Naperville, IL 60563


Annette Wulffe
210 S President
Wheaton, IL 60187


Annie Plackett
29W418 Thornwood
Warrenville, IL 60555


Ariel Moore
1061 Longborough
Wheaton, IL 60187


AT&T Wireless
P.O. 8229
Aurora, IL 60572


Attorney Debra Thorne
Barnes and Thorburg LLC.
One N. Wacker Dr. Ste. #4400
Chicago, IL 60606


Audrey Reynolds
171 Orchard
Wheaton, IL 60187

Bank of America
PO Box 17220
Baltimore, MD 21297-1220


Bank of America
PO Box 17220
Baltimore, MD 21297-1220


Barb Krzyzewski
213 W Willow
Wheaton, IL 60187


Barbara Carter
10566 Stonebreidge Tr.
Wheaton, IL 60187


Barbara Norris
345 S 8th Ave
La Grange, IL 60525


Barbara Okurowska
N/A


Becca Reeves
26 W 057 Durfee Rd.
Wheaton, IL 60187


Becky Kampe
1460 Stondbridge
Wheaton, IL 60187


Beth Sexton
434 Hamilton
Wheaton, IL 60187


Bethany Stellwagen
1079 Bristol Ct.
Wheaton, IL 60187


Betth Mermes
230 Mbrahms
Wheaton, IL 60187

Betty Schuster
28 W 341 Flanders lane
Winfield, IL 60190


Betty Zaccagni
2032 Gladstone Drive
Wheaton, IL 60187


Beverly Simon
1035 Robbins
Wheaton, IL 60187


Bob Knops
1462 McCormick Pl
Wheaton, IL 60187


Bob Sexaur
431 Chopin
Wheaton, IL 60187


Bobby Warshaw
1656 Water Tower Ct.
Wheaton, IL 60187


Bobby Warshaw
1656 Water Tower Ct.
Wheaton, IL 60187


Bonnie Wisley
69 Venetian Way
Wheaton, IL 60187


Bonnie Wisley
69 Venetian Way
Wheaton, IL 60187


Brian England
1345 Danada Ct
Naperville, IL 60563


Brian Gorr
351 Mendelsohn
Wheaton, IL 60187

Brian Hill
1945 Cheppewa Dr
Wheaton, IL 60187


Brienne Leo
29W376 Greenbriar
Warrenville, IL 60555


Brittany Tu
1411 Jonester Ct.
Naperville, IL 60563


Brittney Smith


Bruce Gianpetro
1469 Gainesbon
Wheaton, IL 60187


Bryan Crose
1335 College Ave
Wheaton, IL 60187


Bryan Skreens
5 S 590 Radcliff
Naperville, IL 60563


Camille Heiser
1213 Sunset
Wheaton, IL 60187


Cammie Manouselis
1060 N Farnsworth Ave
Aurora, IL 60505


Candice Paoli
2033 Gladstone
Wheaton, IL 60187


Carlene Stevko
1201 Loughborough
Wheaton, IL 60187

Carol Ketterhagen
2062 Middelton
Wheaton, IL 60187

Carol Ketterhagen
2060 Middleton Dr
Wheaton, IL 60187

Carol Molino
35 Hawkins Cir
Wheaton, IL 60187

Carol Sweder
1974 Somerset
Wheaton, IL 60187

Carolynne Struebing
2121 Aberdeen Ct.
Wheaton, IL 60187

Cary Guide
4136 Elm Street
Downers Grove, IL 60515

Casey Cordova
3S425 Saddle Ridge Ct
Warrenville, IL 60555

Cassandra Hugh
785 Homeward Pl
San Jose, CA 95123

Catherine Faber
810 Michigan Street
Wheaton, IL 60187

Catherine McCarthy
480 Anthony Street
Glen Ellyn, IL 60137

Catherine Williams
21W285 Briarcliff
Lombard, IL 60148

Catherine Williams
21 W 285 Briarcliff
Lombard, IL 60148


Cathy Pratte
3222 Longwood Lane
#102
Wheaton, IL 60187


Cathy Pratte
3222 Longwood Lane
#102
Wheaton, IL 60187


Cathy Tack
27 W 143 Chartwell Drive
Winfield, IL 60190


Charles Ianuzzo
381 Mendelssohn
Wheaton, IL 60187


Chase
PO Box 15153
Wilmington, DE 19886


Chase
PO Box 15153
Wilmington, DE 19886


Cheryl Ledvc
1936 Staford
Naperville, IL 60565


Chris Cook
23W160 Woodcroft
Glen Ellyn, IL 60137


Chris Jevitz
814 Dawes
Wheaton, IL 60187


Chrissy Piemonte
2S461 Menomini Ct.
Wheaton, IL 60187

Christa Hamilton
919 Hale
Wheaton, IL 60187


Christa Karns
751 Revere Rd
Glen Ellyn, IL 60137


Christian Taylor
507 Willow Avenue
Wheaton, IL 60187


Christie Mall
121 Windem Dr
Oswego, IL 60543


Christine Ingold
2S716 Summerfield
Wheaton, IL 60187


Christy Gaylord
1515 Ashford Ct
Wheaton, IL 60187


Cindy Cordova
3S425 Saddle Ridge Ct
Warrenville, IL 60555


Cindy Moore
1061 Longborough
Wheaton, IL 60187


Cindy Petersohn
402 Mozart Ct
Wheaton, IL 60187


Cindy Purdom
240 Merton
Glen Ellyn, IL 60137


Cindy Witkus
2989 Blanchard
West Chicago, IL 60185

Cindy Witkus
2989 Blanchard
West Chicago, IL 60185


Clayton Stanfield
334 E. Weden
Wheaton, IL 60187


Colby Walksler
1080 Wexford Ct
Wheaton, IL 60187


Colby Walksler
1080 Wexford Ct.
Wheaton, IL 60187


Com Ed
Bill Payment Center
P.O. Box 87522
Chicago, IL 60680


Conni Chen


Courtney Stack
4320 Nutmag
Lisle, IL 60532


Craig Walker
26W074 Roosevelt
Winfield, IL 60190


Craig Walker
28 W 074 Roosevelt
Winfield, IL 60190


Cristal Gerrick
31705 Kline Cir
Warrenville, IL 60555


Crossley Simmons
1 S 130 Cantigny drive
Winfield, IL 60190

Dale Showalter
25375 Madison
Wheaton, IL 60187

Dan Pydo
682 Crescent Blvd.
Glen Ellyn, IL 60137

Dan Russo
86 Gershwin Ct.
Wheaton, IL 60187

Dana Marie Oleske
507 Elmore St.
Park Ridge, IL 60068

Daniell Jostes
798 Lenox
Glen Ellyn, IL 60137

Danielle Miller
2S416 Lloyd
Lombard, IL 60148

Danielle Weybright
1217 Evergreen Street
Wheaton, IL 60187

Danielle Weybright
1217 Evergreen St.
Wheaton, IL 60187

Daphne Sapone
685 Granpe Ct.
Wheaton, IL 60187

David Muensterman
910 W Childs St
Wheaton, IL 60187

Dawn Perconti
85 Orchard Rd
Wheaton, IL 60187

Dawn Schoening
1017 Penny Lane
Wheaton, IL 60187

Deanna Romano
30 W 265 Maple Ct.
Warrenville, IL 60555

Deb Walters
338 Orchard
Wheaton, IL 60187

Deb Walters
333 Orchard
Wheaton, IL 60187

Debbie Crittenden
28 W 544 Garys Mill Rd
Winfield, IL 60190

Debbie Mackerell
551 Dawes
Glen Ellyn, IL 60137

Debbie Nelson
122 Danada Dr
Wheaton, IL 60187

Debra Engels
3307 Rosecroft Ln
Naperville, IL 60564

Debra Eppen
691 Hill Ave
Wheaton, IL 60187

Debra Ruggiero
423 South Williston
Wheaton, IL 60187

Denise Stoermer
2064 Somerset
Wheaton, IL 60187

Dennis Rogers
28 W 380 Forestview
Warrenville, IL 60555

Diane Equi
25W767 Memomini Dr
Wheaton, IL 60187

Diane Hasty
29W050 Forrest
Warrenville, IL 60555

Diane Hoogveld
2S088 Apache
Wheaton, IL 60187

Dianna Johnson
450 Handel Ct
Wheaton, IL 60187

Dick Russell
1928 Dorset Drive
Wheaton, IL 60187

Digrid Ianuzzo
384 Mendelssohn
Wheaton, IL 60187

Don Dale
1907 Buckingham
Wheaton, IL 60187

Donald March
230 W Wilson
Lombard, IL 60148

Donna Knopps
1462 McCormick
Wheaton, IL 60187

Donna Varland
26 W 210 Arrow
Wheaton, IL 60187

Doris Temesvary
486 Chippewa Drive
Naperville, IL 60563


Dotty Haake
27W280 Hay
Warrenville, IL 60555


Edward Stickel
710 Meridian Ct.
Wheaton, IL 60187


Elaine Puetz
28 W 221 Belleau Drive
Winfield, IL 60190


Elizabeth Levine
1562 Surrey Dr
Wheaton, IL 60187


Elizabeth Rath
28W221 Belleau Drive
Winfield, IL 60190


Elmo Meriste
1702 Lake Cliffe Dr.
Wheaton, IL 60187


Emily Creer
325 Prospect
Wheaton, IL 60187


Eric Swastck
801 Brighten Drive
Wheaton, IL 60187


Erika Littmann
20W180 Mack Rd
Warrenville, IL 60555


Erin Hester
1325 Leeds Ct
Wheaton, IL 60187

Erin Howard
1523 Paula Ave
Wheaton, IL 60187


Erin Jennings
4208 N Bloomington Ave
Arlington Heights, IL 60004


Eva Purzewska-Antos
366 Windsong Circle
Glendale Heights, IL 60139


Fran Nicklas
894 Wilkinson
Naperville, IL 60540


Frances Fitzsimons
149 Shelley Ln
Wheaton, IL 60187


Frank Delgallo
Wheaton, IL 60187


Frank Forman
1984 Spring Green
Wheaton, IL 60187


Frank Merkendorfer
25W618 Durfee Rd.
Wheaton, IL 60187


Gail McLaughlin
1544 Orth Ct
Wheaton, IL 60187


Gayle Gerke
1813 Knapp Ct
Wheaton, IL 60187


Gerald Gorske
114 George
Wheaton, IL 60187

Giselle Ingold
2S716 Summerfeild Ct
Wheaton, IL 60187

Grant Karsas
288 Sibelius Ct
Wheaton, IL 60187

Greta Deano
1765 Maple Leaf Ct
Wheaton, IL 60187

Haerin Nam
1936 Carlsbad #201
Naperville, IL 60563

Hal Elmore
1003 Rosewood Ave
Naperville, IL 60563

Heather Czarnecki
108 Hawkins
Wheaton, IL 60187

Heather Webb
1156 Braircliff
Wheaton, IL 60187

Heather Webb
1156 Braircliff
Wheaton, IL 60187

Heidi Hann
25302 Kiowa Ct
Wheaton, IL 60187

Jack Morlock
432 Brantley Pl.
Wheaton, IL 60187

Jack Park
1921 Dorest Dr
Wheaton, IL 60187

Jacke Murnane
1510 Lloyd
Wheaton, IL 60187


Jake Ekl
45 Marshfield Cir
Wheaton, IL 60187


Jakie Gibson
2033 Richton
Wheaton, IL 60187


Jamie Lee Miller
2S416 Lloyd
Lombard, IL 60148


Jane Evaschuk
1709 Casa Dana Dr
Wheaton, IL 60187


Janelle Howard
1812 Illinois
Wheaton, IL 60187


Janet Johnson
1950 Somerset Ln
Wheaton, IL 60187


Janice Titchenol
1 N 184 Mission
Winfield, IL 60190


Janyne Duff
689 Highland Ave
Glen Ellyn, IL 60137


Jayne Miller
1691 Chelsea Ct.
Wheaton, IL 60187


Jean Lipps
119 Lewis
Wheaton, IL 60187

Jean Zambos
827 Dallas Road
Wheaton, IL 60187


Jeannine Lydon
638 Montrose Dr
Romeoville, IL 60446


Jeff Sucec
1311 Brigharn
Wheaton, IL 60187


Jennie Cowen
416 Indiana St
Wheaton, IL 60187


Jennifer Prather
30614 Village Green Blvd
Warrenville, IL 60555


Jennifer Walsh
1017 Brairbrook, #2C


Jeri Cassin
28W346 Batavia
Warrenville, IL 60555


Jessica Hartner
296 Sibelius
Wheaton, IL 60187


Jessica Salasek
118 Brahms Ct
Wheaton, IL 60187


Jill Duval
25W115 Fairmeadow
Naperville, IL 60563


Jill Sammons
25 Hawkins Circle
Wheaton, IL 60187

Jo Anne Zalewski
2029 Greensboro
Wheaton, IL 60187


Joan Forman
1984 Spring Green
Wheaton, IL 60187


Joanne Johnson
2272 Albright Ln
Wheaton, IL 60187


JoAnne Zalewski
2029 Greensboro
Wheaton, IL 60187


Johanna Karmis
918 N. Cross
Wheaton, IL 60187


John Story
26 W 377 Blackhawk
Wheaton, IL 60187


Josie Morrison
8 Hawkins Cir
Wheaton, IL 60187


Judy Kelly
1947 Sherwood Place
Wheaton, IL 60187


Judy Pickard
91 Hawkins Cir
Wheaton, IL 60187


Julie Ebbert
872 Gosseliu
Batavia, IL 60510


Julie McKeraghan
2S640 White Birch
Wheaton, IL 60187

Julie Rogers
9 Venetian Way
Wheaton, IL 60187

Julie Seeman
745 Bunting
West Chicago, IL 60185

Karen Davis
1555 Blanchard St
Wheaton, IL 60187

Karen Evensen
1437 Creekside Dr
Wheaton, IL 60187

Karen Fitch
3837 Sterling Rd
IL 60575

Karen Galena
510 Robinwood Ln
Wheaton, IL 60187

Karen Jones
607 Plamondon Ct
Wheaton, IL 60187

Karen Marthaler
164 Taylor
Glen Ellyn, IL 60137

Karen Parent
1510 County Farm Ct
Wheaton, IL 60187

Karen Russell
611 Elm
Wheaton, IL 60187

Karen Wellick
3S672 West Avenue
Warrenville, IL 60555

Karen Wellick
3 S 672 West Avenue
Warrenville, IL 60555


Kate Hopkins
2S480 Center Ave
Warrenville, IL 60555


Kathleen Young
120 S. President
Wheaton, IL 60187


Kathleen Young
120 South President
Wheaton, IL 60187


Kathryn Helland
2947 Andrus Dr
West Chicago, IL 60185


Kathy Cook
1651 Briarcliffe Blvd, #G
Wheaton, IL 60187


Kathy Fox
218 Bach Ct
Wheaton, IL 60187


Katie Dunn
85 Murifield
Wheaton, IL 60187


Katie Gilligan
374 Haydon Ct
Wheaton, IL 60187


Katie Kern
1611 Willow Ave
Wheaton, IL 60187


Katie Landry
1954 Middleton Dr
Wheaton, IL 60187

Katie O'Reilly
4517 Winchester Ave.
Lisle, IL 60532


Keith Dasenbrook


Kelli Evensen
1437 Creekside Dr
Wheaton, IL 60187


Kelli Jones
607 Plamondon Ct
Wheaton, IL 60187


Kelly Dale
1907 Buckingham
Wheaton, IL 60187


Kelly Kerger
605 E. Farnham
Wheaton, IL 60187


Kelly Linn


Kelly Paytuvi
163 S Ellyn
Glen Ellyn, IL 60137


Kelly Renville
23 Forest Hill Drive
#203
Glen Ellyn, IL 60137


Kelsey Denson
28W230 Flanders Ln
Winfield, IL 60190


Ken Paoli
2033 Gladstone
Wheaton, IL 60187

Kerry Nass
2021 Sherwood
Wheaton, IL 60187


Kevin Carrier
1015 Wheaton
Wheaton, IL 60187


Kevin Dedi
1377 Danada
Naperville, IL 60563


Kiki Parnum
3S576 Wilbur Ave
Warrenville, IL 60555


Kim Eischensehr
1496 County Farm Road
Wheaton, IL 60187


Kim Lariai


Kimberly Diehl
2032 Burnham
Wheaton, IL 60187


Kimberly Kaczynski
1444 Stonebridge Cir, #1-15
Glen Ellyn, IL 60137


Kit Sexton
434 Hamilton
Wheaton, IL 60187


Krisi White
501 E. Willow Avenue
Wheaton, IL 60187


Kristen Lindquist

Kristen Oakley
213 W Illinois
Wheaton, IL 60187

Kristi White
501 E. Willow Avenue
Wheaton, IL 60187

Kristin Dixon
2256 Oakridgie Dr., #8
Aurora, IL 60502

Kristin Knops
1462 McCormick Pl
Wheaton, IL 60187

Kristin Schiewitz
2008 Crownwell Drive
Wheaton, IL 60187

Kristina Cina
767 Queenwood Ct.
Wheaton, IL 60187

Kyle Mueller
821 Howard
Wheaton, IL 60187

Laura Imbordina
909 Knoll
Glen Ellyn, IL 60137

Laure Gedvilas

Lauren Moore
913 E Elm
Wheaton, IL 60187

Lauren Rock
926 Dorset Drive
Wheaton, IL 60187

Lauren Svec
235 N. West
Wheaton, IL 60187


Lauren Tomasik



Laurie Johnson
25W736 White Birch
Wheaton, IL 60187


Leah Foertsch
451 Mifflin
Madison, WI


Leatha Porto
23W234 Windsor
Glen Ellyn, IL 60137


Lenka Horbenk
2205 Bradford
Wheaton, IL 60187


Leona Kung
0 N 441 Kimball Rd.
Winfield, IL 60190


Leona Kung
0 N 441 Kimball Rd.
Winfield, IL 60190


Linda Koster
201 Mary Ann
Somonauk, IL 60552


Linda Wolff
109 S Wisconsin
Addison, IL 60101


Linda Wolff
109 South Wisconsin
Addison, IL 60101

Lindsay Jackson
1480 Lloyd Ct
Wheaton, IL 60187

Lindsay Jackson
1480 Lloyd Ct
Wheaton, IL 60187

Lindsey Schmit
26 W 109 Embden Lane
Wheaton, IL 60187

Lindy Kouri
1786 Sjogren Ct
Wheaton, IL 60187

Lisa Musial
1647 Orta Dr
Wheaton, IL 60187

Lisa Santoyo
400 Spruce
North Aurora, IL 60542

Liz Kauffman
320 Redwood Ct
Wheaton, IL 60187

Lori Kelly
151 Hawkins Ct
Wheaton, IL 60187

Luann Elmore
1003 Rosewood Ave
Naperville, IL 60563

Lynda Dome
25W351 Twopath Ct
Wheaton, IL 60187

Lynn Jorde
32507 Village Green Blvd.
Warrenville, IL 60555

Lynne Terranova
2 S 361 Milton Avenue
Glen Ellyn, IL 60137

Malene Davidsen
1943 Crowmwell Dr
Wheaton, IL 60187

Marcia Stanek
1946 Sherwood
Wheaton, IL 60187

Marian Dunn
85 Murifield
Wheaton, IL 60187

Marilyn Daley
1599 Burner Trial
Wheaton, IL 60187

Marilyn Daley
1599 Burner Trial
Wheaton, IL 60187

Mark Imbordino
909 Mary Knoll
Glen Ellyn, IL 60137

Marlo Capponi
41 Kensington Cir
Wheaton, IL 60187

Mary Coyne
190 Bach Ct
Wheaton, IL 60187

Mary Dalton
1333 S Lorrian Rd
Wheaton, IL 60187

Mary Ellen Keith
2S038 Valley Rd
Lombard, IL 60148

Mary Hentges
22W309 Elmwood Dr
Glen Ellyn, IL 60137


Mary Kerger
605 E Farnham
Wheaton, IL 60187


Mary Story
26 W 377 Blackhawk
Wheaton, IL 60187


Marylynn Zdunich
115 7th
Downers Grove, IL 60515


Marylynn Zdunich
115 7th
Downers Grove, IL 60515


Matthew Hill
1952 Carlsbad Cir
Naperville, IL 60563


Maureen McBeth
25W746 White Birch
Wheaton, IL 60187


Megan Colgan
1515 Havenhill
Wheaton, IL 60187


Megan Leahy
29W150 Old Farm Ln
Warrenville, IL 60555


Melinda Keck
2103 Nachtman Ct
Wheaton, IL 60187


Melissa Donile
2S405 Emeral Green #145
Warrenville, IL 60555

Melissa Porto
23W234 Windsor
Glen Ellyn, IL 60137


Melissa Settle



Mellisa Wuebben
2028 Chatham
Wheaton, IL 60187


Mellisa Wuebben
2028 Chatham
Wheaton, IL 60187


Mellissa Ruktanonchai
602 South Gables Rd.
Wheaton, IL 60187


Merdith Krafcheck
29W140 Forest Ln
Warrenville, IL 60555


Michael Garamoni



Michael Sexton
434 Hamilton
Wheaton, IL 60187


Michelle Cooper
1271 Illinois
Wheaton, IL 60187


Michelle Hurst



Mike Felley
1913 Greshorn Cir
Wheaton, IL 60187


Mike McCarffery
459 Chopin Ct
Wheaton, IL 60187

Mike Minger
N/A


Molley Farrell



Molly Cosgrove
706 E. Willow
Wheaton, IL 60187


Monica Caputo
2124 Timber Ln
Wheaton, IL 60187


Nancy Farrell



Nancy McDonal
25W752 Duifee
Wheaton, IL 60187


Nancy Menditto
27W032 Couley Ave
Winfield, IL 60190


Nancy Rice-Mesko
28 W 751 Townline
Warrenville, IL 60555


Nancy Walker
823 Jeffrey Ct
Wheaton, IL 60187


Nancy Walker
823 Jeffrey Ct.
Wheaton, IL 60187


Nicole Nesslar
1575 Darwin Ln
Wheaton, IL 60187


Nicole Smith
8891 Ande
Wheaton, IL 60187

Nicor
PO Box 310
Aurora, IL 60568


Nina Petru
1520 Stonebridge Tr
Wheaton, IL 60187


Paige Mikoljczyk
74 Sterling Cir
Wheaton, IL 60187


Pam Guerin
23W266 Woodcroft
Glen Ellyn, IL 60137


Pamela Rusin
0 N 216 Windermere Rd.
Winfield, IL 60190


Patick Enright
1261 Eagle Ct
Wheaton, IL 60187


Patrica Mendiola
1459 Stonebridge Ct
Wheaton, IL 60187


Patt Kakavas
1436 S. Prospect
Wheaton, IL 60187


Patti Reisor
455 W Front #504
Wheaton, IL 60187


Paul Kauffman
410 E. Illinois
Wheaton, IL 60187


Pete Conway
2S361 Milton Ave
Glen Ellyn, IL 60137

Pete Rasmussen
30W185 Halader
West Chicago, IL 60185


Pete Tully
25 W 619 Flint Creek Rd.
Wheaton, IL 60187


Peter Morano
2042 Rachel Ln
Aurora, IL 60502


Phyllis Colgan
1515 Havenhill
Wheaton, IL 60187


Pille Meriste
1702 Lake Cliffe Dr.
Wheaton, IL 60187


Prudential Insurance Co. of America
Prizm Partners Commerical Real Est.
15660 N FSLLSD Pkwy, STE 1100
Dallas, TX 75248


Rachel Daschler
1354 Groton Ct
Wheaton, IL 60187


Rachel Schwarcz


Rachel Williams
2161 S Bradford
Wheaton, IL 60187


Rachel Williams
2161 South Bradford
Wheaton, IL 60187


Raenie Maggiano
1110 S Gables Blvd
Wheaton, IL 60187

Robin Lacine
1760 Oxnard Dr
Downers Grove, IL 60516


Robin Rock
5 S 040 Pebblwood
Naperville, IL 60563


Rozanne Pontrelli
N/A


Rugile Wathen
23W264 Westchester
Glen Ellyn, IL 60137


Rugile Wathen
23 W 264 Westchester
Glen Ellyn, IL 60137


Ryan James
1920 Buckingham
Wheaton, IL 60187


Samantha Heil
217 Montclair
Glen Ellyn, IL 60137


Sandy Lan


Sandy Ozols
511 Aurora Ave #402
Naperville, IL 60540


Sara Hoff
1453 Gainesboro Ct
Wheaton, IL 60187


Sara Hoffland
1366 Brighton Dr
Wheaton, IL 60187

Sara Olson
1996 Creekside Dr.
Wheaton, IL 60187


Sara Schneider
1 S 530 Hawthorne Lane
Wheaton, IL 60187


Sarah Dobson
2335 Richmond Dr
Wheaton, IL 60187


Sarah Fisher
1940 Carlsbad STP, #205
Naperville, IL 60563


Sarah Larson
1445 S Lorriene, #17
Wheaton, IL 60187


Sarah Stallings
220 5th St.
Downers Grove, IL 60515


Sarah Wagner
328 W Gartner
Naperville, IL 60540


Sarah Wagner
328 W. Gartner
Naperville, IL 60540


Sarah Young
6081 Stewart Dr., #1128
Wheaton, IL 60187


Sarah Young
6081 Stewart Drive #1128
Wheaton, IL 60187


Sasha Kruger
27W126 Galusha Rd
Warrenville, IL 60555

Schedule E creditors


Shannon Zandanel
1348 Finley
Lombard, IL 60148


Shari Zito
30W015 Vunipes Ct.
Warrenville, IL 60555


Sharon Fairless
5 Forest Hill Dr, #204
Glen Ellyn, IL 60137


Sharon Herrero


Sharon Kappesser
71 Dennison
Glendale Heights, IL 60139


Sharon Laciak
4458 Hatch Ln
Lisle, IL 60532


Sharon Sliwa
26 W 143 Tomahawk
Wheaton, IL 60187


Sheila D'Anca
1983 Somerset
Wheaton, IL 60187


Sherly Sedlock
0 N 687 Bedford
Winfield, IL 60190


Shiely Morlock
432 Brantley P.
Wheaton, IL 60187


Silivia Palkovics
N/A

Stacy Greener
31214 Village Green Blvd
Warrenville, IL 60555


Stacy Tomanek
1575 Orchard Rd.
Wheaton, IL 60187


Stephen Knops
1462 McCormick Pl
Wheaton, IL 60187


Steve Cox
131 White Oak Dr
Wheaton, IL 60187


Steve Miller
810 Longfellow Dr.
Wheaton, IL 60187


Steve Zwemke
3203 Riverbrich Dr
Aurora, IL 60504


Steve Zwemke
3203 Riverbirch Drive
Aurora, IL 60504


Su Ju Hsu
2443 E Ebony
Chandler, AZ 85249


Sue Censky
2069 Spring Green
Wheaton, IL 60187


Sue Handley
6S201 Marblehead
Naperville, IL 60540


Susan Lonnett
2025 Somerset
Wheaton, IL 60187

Susan Schieszler
2165 Lillian Ct.
Lisle, IL 60532


Susan Thies
1413 Broton lane
Wheaton, IL 60187


Susan Volilink
717 Delles Road, #3
Wheaton, IL 60187


Susan Volilink
717 Delles Rd.
#3N
Wheaton, IL 60187


Suzanne Demus
2089 Wesford Cir
Wheaton, IL 60187


Suzanne Hafiz
418 Mozart Ct
Wheaton, IL 60187


Tammy Weaver
920 Aurora Way
Wheaton, IL 60187


Tammy Weaver
920 Aurora Way
Wheaton, IL 60187


Taryn Johnson
3S419 Saddle Ridge Ct
Warrenville, IL 60555


Tatiana Kuzyk
2S476 Kenil
Glen Ellyn, IL 60137


Teresa Krueger
29W104 Bolles
West Chicago, IL 60185

Teri Lindeman
1241 Eagle


Terri Steisdoerfer
209 Stuarton drive
Wheaton, IL 60187


The Prudential Insurance Co. c/o
Prizm Partners Commercial Real Esta
15660 N. FSLLSD Pkwy
Dallas, TX 75248


Tiffany Humberstone
30W170 Redham
Warrenville, IL 60555


Tim Cary
12 Winner Cup Cir
Wheaton, IL 60187


Tim Martin
1981 Legency Dr
Wheaton, IL 60187


Tina Glenn
2079 Scottdale
Wheaton, IL 60187


Tracy Klem
1219 Golf Ln
Wheaton, IL 60187


Tracy Klem
1219 Golf Ln
Wheaton, IL 60187


Tracy Taylor
596 Harloweln Terrance
Naperville, IL 60565


Trudy Zimmerman
0N654 Woodlawn
Wheaton, IL 60187

Trudy Zimmermann
0N654 Woodlawn
Wheaton, IL 60187


Valaraie Jordan
27W227 Hoy Ave
Warrenville, IL 60555


Valerie Viverito
2325 Durham
Wheaton, IL 60187


Valerie Viverito
2325 Durham
Wheaton, IL 60187


Vicky Spair
1244 Sussex Lane
Wheaton, IL 60187


Victoria Fox
2087 Willow Run
Wheaton, IL 60187


Vivian Persall
600 Yosemite Ave
Naperville, IL 60565


Wilson Rondini
114 Lewis Lane
Wheaton, IL 60187


Yellowbook - Illinois
PO Box 586
Newark, NJ 07101


Zach Creer
325 Prospect
Wheaton, IL 60187

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   __K, S, and T Ltd. d/b/a Wolff Tan__                                 Case No. _____

Debtor(s)                                 Chapter   __7__ _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification
or recusal, the undersigned counsel for __K, S, and T Ltd. d/b/a Wolff Tan__ in the above captioned action, certifies that the
following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or
more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March 24, 2008__ _____          __/s/ Kent A. Gaertner__ _____
Date                                     __Kent A. Gaertner 3121489__

                                         Signature of Attorney or Litigant
                                         Counsel for   __K, S, and T Ltd. d/b/a Wolff Tan__ _____
                                         __Springer, Brown, Covey, Gaertner & Davis, L.L.C.__
                                         __400 S. County Farm Road__
                                         __Suite 330__
                                         __Wheaton, IL 60187__
                                         __630-510-0000 Fax:630-510-0004__